# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | FOR / AT |

FILED FEB 02 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PERSON REPRESENTED** (Show your full name): DAVID OHLENDORF

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate:
District Court: 04-10084-3
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed  (LAID-OFF)
- Name and address of employer: P.T. FERRELL (TEAMSTERS LOCAL 179)
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment 12/94  How much did you earn per month? $ 2500.00/mo
- If married is your Spouse employed? ☐ Yes ☑ No  WIDOWED
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

| RECEIVED | SOURCES |
|---|---|
| 250 | Social Sec. for child from wife |
| 250 | Social Sec. " " |
| 900 | Rental income |

**CASH** — Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No  IF YES, state total amount $ 500.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $100,000.00 | House 14940 San Francisco St |
| 18,000 | 2000 Chevy P/U Posen, IL |
| 9,000 | 1989 HD Springer Soft Tail |
| 12,000 | 2001 HD |

**DEPENDENTS**

MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☑ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
- DAVID OHLENDORF, JR (SON - 11)
- AMBER OHLENDORF (DAUGHTER - 9)

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Mortgage | Countrywide | $60,000 | $900.00 |
| Mortgage 105 Lee St, Manhattan, IL | | $165,000 | $1200.00 |
| Car Payment 2000 Chevy | | $18,000 | $400.00 |
| Store Credit Cards / Loans | | $13,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/2/05

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶ D. Ohlendorf