E-FILED
Monday, 07 February, 2005 01:41:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10084-03 |
| | ) | |
| DAVID OHLENDORF, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT
TO USE EVIDENCE OF PRIOR CONVICTIONS**

Now comes the United States of America, by its attorneys, Jan Paul Miller, United States Attorney and K. Tate Chambers, Supervisory Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, David Ohlendorf, and his counsel, Dennis Sheehan, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug conviction:

**2/4/85     Joliet IL     85-CF-87     Manufacture/Delivery of Cannabis**

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ K. Tate Chambers
**K. TATE CHAMBERS**
Supervisory Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

>Dennis Sheehan
>Attorney at Law
>408 Court Street
>Pekin, IL 61554

s/ Kim Ritthaler
Kim Ritthaler
Legal Assistant
