IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR PERMISSION TO PRACTICE PRO HAC VICE |
| vs. | |
| MELVIN J. CHANCEY, JAMES L. WHITE, DAVID G. OHLENDORF, RICHARD A. ABRAMS, | Case No. 04-10084 |
| Defendants. | |

TO:   K. Tate Chambers
      Assistant United States Attorney
      211 Fulton Street, Suite 400
      Peoria, IL 61602

PLEASE TAKE NOTICE that the undersigned will move the Court, at a date and time to be set, for an order permitting the undersigned to appear as attorney for defendant David G. Ohlendorf. This Motion will be based upon the Affidavit in support hereof.

Dated this 7th day of February, 2005.

EISENBERG LAW OFFICES, S.C.

Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MELVIN J. CHANCEY,<br>JAMES L. WHITE,<br>DAVID G. OHLENDORF,<br>RICHARD A. ABRAMS,<br><br>   Defendants. | AFFIDAVIT IN SUPPORT OF<br>MOTION FOR PERMISSION<br>TO PRACTICE PRO HAC VICE<br><br><br><br><br><br>Case No. 04-10084 |

STATE OF WISCONSIN  )
                                    ) ss.
COUNTY OF DANE     )

      MARK A. EISENBERG, being first duly sworn, under oath states as follows:

      1.     Affiant is an adult resident of the City of Middleton, Dane County, Wisconsin, and is by occupation an attorney licensed to practice in the State of Wisconsin and the State of Illinois.

      2.     Affiant has been retained by defendant, David G. Ohlendorf, to represent him in the above-entitled matter.

      3.     Affiant respectfully requests permission to appear in the above-entitled matter.

      4.     Affiant is not a resident of the State of Illinois, is not employed in the State of Illinois, and is not regularly engaged in substantial business, profession or other activity in the State of Illinois.

      5.     Affiant resides at 930 Winding Way, Middleton, Dane County, Wisconsin, and maintains legal offices at 308 E. Washington Avenue, Madison, Wisconsin.

6. Affiant is a shareholder in the law firm of Eisenberg Law Offices, S.C., and has been admitted to practice in the following courts (the date set opposite each court is the date of admission):

   A. Supreme Court of the State of Illinois, May 5, 1983;

   B. Supreme Court of the State of Wisconsin, September 13, 1983;

   C. United States District Court for the Western District of Wisconsin, September 13, 1983;

   D. United States District Court for the Eastern District of Wisconsin, January 11, 1985;

   E. United States District Court for the Eastern District of Michigan, March 10, 1988;

   F. United States Court of Appeals for the Seventh Circuit, January 8, 1988;

   G. United States Court of Appeals for the Ninth Circuit, January 9, 1985.

   H. United States Supreme Court, May 1, 1989.

7. Affiant is a member in good standing in all of the above named courts.

8. Affiant is not currently suspended or disbarred in any court.

9. Affiant states to the Court that he fully intends to comply with the standards of professional conduct required by members of the State Bar of Illinois and understands that he will be subject to the disciplinary jurisdiction of the State Bar with respect to any of his acts occurring in the Court of such appearance.

10. Affiant respectfully requests permission to appear as counsel for the defendant in the above-entitled matter.

Dated this 7 day of February, 2005.

Mark A. Eisenberg

Subscribed and sworn to before me this 7th day of February, 2005.

Lori M. DuPuis
Notary Public, State of Wisconsin
My Commission expires 7/13/2008.