E-FILED
Friday, 11 February, 2005 10:49:18 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central _____ DISTRICT OF _____ Illinois

UNITED STATES OF AMERICA

vs.

MELVIN J. CHANCEY,
JAMES L. WHITE,
DAVID G. OHLENDORF,
RICHARD A. ABRAMS

**APPEARANCE**

Case Number: 04-10084

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  David G. Ohlendorf

I certify that I am admitted to practice in this court.

2/10/05
Date

Signature

Mark A. Eisenberg          06184263 IL
Print Name                 Bar Number

308 E. Washington Avenue
P. O. Box 1069
Address

Madison,  WI   53701-1069
City          State      Zip Code

608-256-8356              608-256-2875
Phone Number              Fax Number