FILED
Friday, 11 February, 2005 11:24:37 AM
Clerk, U.S. District Court, ILCD

FEB 10 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

Central DISTRICT OF IL

USA v. Ohlendorf

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-10084-03

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gorman | Chambers | Eisenberg |
| TRIAL DATE(S) 2/10/05 | COURT REPORTER | COURTROOM DEPUTY KB/TK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/10/05 | 2/10 | | Letter — Gary Baso |
| | 2 | 2/10/05 | 2/10 | | Income Tax Returns — Gary Baso |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages