E-FILED
Thursday, 17 February, 2005 02:58:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION FOR DISCOVERY AND DISCLOSURE** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.**, | Case No. 04-10084 |
| Defendants. | <u>HEARING REQUESTED</u> |

TO: K. Tate Chambers
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court, pursuant to the provisions of the Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure, Federal Rules of Evidence, and the Freedom of Information Act, for an Order requiring that the prosecution produce and disclose the materials set forth below.

    A.    <u>Defendant's Statements Pursuant to Rule 16(a)(1)(A), F.R.Cr.P.</u>

    1.    Any written or recorded statements made by the defendant which are within the possession, custody or control of the Government, its agencies or departments, which are known by the United States Attorney for this district, or which would have been known by the exercise of due diligence.

    2.    The substance of any oral statement which the Government intends to offer in evidence at the trial made by the defendant in response to interrogation by any person then known to defendant to be a government agent.

    3. The substance of any oral statement which the Government intends to offer in evidence at the trial made by the defendant, whether before or after arrest, in conversation with any person then acting as an agent, informer or special employee of the government.

    4. All written and recorded statements made under any circumstances in which the statements will be sought by the Government to be attributed to defendant within the provision of Rule 801(d)(2), Federal Rules of Evidence.

  B. <u>Defendant's Prior Record Pursuant to Rule 16(a)(1)(B), F.R.Cr.P.</u>

Defendant respectfully requests the entry of an Order requiring the production of a copy of the defendant's prior criminal record, if any.

  C. <u>Documents and Tangible Objects Pursuant to Rule 16(a)(1)(C), F.R.Cr.P.</u>

Defendant respectfully requests the Court for the entry of an Order requiring the Government to permit and facilitate the defendant's inspection and copying of books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof which are within the possession, custody or control of the Government and which are material to the preparation of the defense or are intended for use by the Government as evidence in its case-in-chief at the trial or were obtained from or belonged to the defendant.

  D. <u>Reports of Examination and Test Pursuant to Rule 16(a)(1)(D), F.R.Cr.P.</u>

Defendant respectfully requests the Court for the entry of an Order requiring the Government to permit him to inspect, prior to trial, all of the items and/or evidence which is in the possession, custody or control of the Government and which is material for the preparation of the defense, or which is intended for use by the Government in its case-in-chief at the trial.

   E. <u>Other Crimes Evidence</u>.

   Pursuant to the Fifth and Sixth Amendments to the United States Constitution and Rule 404(b) of the Federal Rules of Evidence, defendant moves this Court for the entry of an Order requiring the Government to disclose all allegedly similar crimes, wrongs or acts upon which it intends to rely at trial to prove motive, scheme, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident.

   F. <u>Electronic Surveillance and Other Recordings</u>.

   Defendant moves this Court for an Order requiring the Government to inquire of each and every governmental agency engaged in electronic surveillance whether or not or under what circumstances defendant was subject to such surveillance.

   G. <u>Specific Instances of Conduct</u>.

   The defendant, pursuant to the provisions of the Fifth and Sixth Amendments to the United States Constitution and Rule 608(b) of the Federal Rules of Evidence, moves this Court for the entry of an Order requiring that the Government disclose whether it intends to rely upon specific instances of conduct for the purposes of impeaching the defendant if the defendant so chooses to testify at trial.

   Defendant asserts that unless he is informed in advance of trial whether the government will attempt to rely upon previous conduct, and whether the Court will admit such testimony, he cannot determine whether he will testify upon this cause and cannot plan his defense.

   H. <u>Information Re:  Pretrial Discovery Conference</u>.

   Subsequent to the arraignment the undersigned spoke with Assistant United States Attorney K. Tate Chambers, who has indicated the discovery in his possession is voluminous. The parties are making arrangements to get copies to defendant and his counsel.

WHEREFORE, defendant respectfully requests the entry of an Order requiring disclosure to the defendant as requested above, and not later than 30 days prior to the commencement of the trial in this case.

Dated this 17th day of February, 2005.

                EISENBERG LAW OFFICES, S.C.

                /s/ Mark A. Eisenberg
                Mark A. Eisenberg
                Illinois State Bar Number: 06184263
                Wisconsin State Bar Number:  01013078
                308 E. Washington Avenue
                P. O. Box 1069
                Madison, WI  53701-1069
                Telephone:  (608) 256-8356
                Fax:  (608) 256-2875
                E-mail: mark@eisenberglaw.org
                Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

       I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

       I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL 60477

                          EISENBERG LAW OFFICES, S.C.

                          /s/ Mark A. Eisenberg
                          Mark A. Eisenberg
                          Illinois State Bar Number: 06184263
                          Wisconsin State Bar Number: 01013078
                          308 E. Washington Avenue
                          P. O. Box 1069
                          Madison, WI 53701-1069
                          Telephone: (608) 256-8356
                          Fax: (608) 256-2875
                          E-mail: mark@eisenberglaw.org
                          Attorneys for Defendant David G. Ohlendorf