IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION TO FILE FURTHER MOTIONS AFTER RECEIPT OF DISCOVERY** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | HEARING REQUESTED |

TO:  K. Tate Chambers
     Assistant United States Attorney
     211 Fulton Street, Suite 400
     Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an Order allowing him to file further motions after completion of discovery.

Dated this 17th day of February, 2005.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Atty. Robert Andre Alvarado   Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org

AUSA K. Tate Chambers   kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov

Atty. Daniel G. O'Day   doday@cfgolaw.com, lguyon@cfgolaw.com

Atty. George F. Taseff   George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org

I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL 60477

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf