IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION FOR DISCLOSURE OF LIST OF PERSONS APPEARING BEFORE GRAND JURY** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | <u>HEARING REQUESTED</u> |

TO: K. Tate Chambers
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an Order, pursuant to Rule 6(d) of the Federal Rules of Criminal Procedure, requiring the Government to disclose to the defendant a list of all persons appearing before the grand jury which returned the Indictment in this action, other than persons testifying to matters wholly unrelated to this action, because disclosure is required for defendant to determine whether Rule 6(d) of the Federal Rules of Criminal Procedure was violated and, if so, to seek relief from this Court.

Dated this 17th day of February, 2005.

EISENBERG LAW OFFICES, S.C.

<u>/s/ Mark A. Eisenberg</u>
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

       I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Atty. Robert Andre Alvarado   Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org

- AUSA K. Tate Chambers   kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov

- Atty. Daniel G. O'Day   doday@cfgolaw.com, lguyon@cfgolaw.com

- Atty. George F. Taseff   George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org

       I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL  60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

       EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf