E-FILED
Thursday, 17 February, 2005  03:29:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION TO REVEAL IDENTITIES OF AND PRODUCE CONFIDENTIAL INFORMANTS** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | HEARING REQUESTED |

TO:  K. Tate Chambers
     Assistant United States Attorney
     211 Fulton Street, Suite 400
     Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an Order directing that the prosecution identify and disclose the identification and addresses of all confidential informants relevant to this matter on the grounds that these persons participated in and witnessed the offense with which the defendant is charged. Disclosure prior to trial is necessary to ensure a fair trial by allowing defense counsel sufficient time to prepare a defense and would further contribute to the orderly trial proceedings by rendering unnecessary continuances based upon the need to investigate during trial. United States v. Roviaro, 353 U.S. 53 (1957).

Specifically, the government has mentioned a number of individuals who are transactional informants. These are listed as follows:

1. In paragraph 9, the Indictment alleges that the defendant shot the chapter president of another motorcycle club. If an informant is used in this matter as a transactional witness, that informant should be disclosed.

2. Paragraph 15 of the Indictment indicates that the defendant physically beat someone with the initials "MM." If that person is testifying, the defendant is entitled to know his name.

3.  Paragraph 19 of the Indictment alleges that the defendant physically beat someone with the initials "BK." If someone is going to testify who was at that alleged beating, other than BK, that person should be disclosed.

4.  Paragraph 24 of the Indictment indicates that the defendant conspired with others to travel to Peoria and murder a member of another motorcycle club. Any informants who will testify who were transactional witnesses in this matter must be disclosed.

5.  Paragraph 24 of the Indictment indicates that the defendant actually went to Peoria with the intent to kill a member of another motorcycle club. If, in fact, transactional witnesses will testify in this matter, their names must be disclosed.

6.  Paragraph 26 of the Indictment indicates that the defendant and others conspired to murder a member of another motorcycle club at the Route 66 Speedway, supposedly in Peoria County, Illinois. If any witnesses are transactional witnesses to that conspiracy, their identities must be disclosed.

7.  Paragraph 27 of the Indictment indicates that the defendant and others performed substantial steps toward carrying out the conspiracy mentioned in paragraph 26 of the Indictment when he directed others to carry out plans to locate and murder members of another motorcycle club at Route 66 Speedway. If, in fact, there are transactions witnesses to that and the government plans to use their testimony, their identities must be disclosed.

8.  Paragraphs 28 and 29 of the Indictment indicate that the defendant and others conspired and/or actually distributed controlled substances from 1994 through 2002. If there are transactional witnesses to these activities and the government plans to use their testimony, their identities must be disclosed.

WHEREFORE, the defendant respectfully requests this Court to require the government to disclose, within a sufficient time prior to trial, the names of all transactional witnesses of whom the government plans to use their testimony.

Dated this 17th day of February, 2005.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

      I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL  60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

                                            EISENBERG LAW OFFICES, S.C.

                                            /s/ Mark A. Eisenberg
                                            Mark A. Eisenberg
                                            Illinois State Bar Number: 06184263
                                            Wisconsin State Bar Number:  01013078
                                            308 E. Washington Avenue
                                            P. O. Box 1069
                                            Madison, WI  53701-1069
                                            Telephone:  (608) 256-8356
                                            Fax:  (608) 256-2875
                                            E-mail: mark@eisenberglaw.org
                                            Attorneys for Defendant David G. Ohlendorf