IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION FOR DISCLOSURE OF JENCK'S ACT MATERIAL 30 DAYS BEFORE TRIAL** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | HEARING REQUESTED |

TO: K. Tate Chambers
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court to enter an order requiring the Government to disclose to defense counsel at least 30 days prior to trial all Jenck's Act material on the grounds that such disclosure will facilitate an orderly trial without repeated requests for adjournment to read statements and investigate during the trial and, further, to ensure the defendant's due process right to a fair trial.

Dated this 17th day of February, 2005.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

       I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

       I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert  
Law Offices of Steven C. Rueckert  
53 W. Jackson Blvd., Suite 1410  
Chicago, IL 60604

Attorney Peter J. Wilkes  
7060 Centennial Drive, Suite 104  
Tinley Park, IL 60477

                                               EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg  
Mark A. Eisenberg  
Illinois State Bar Number: 06184263  
Wisconsin State Bar Number: 01013078  
308 E. Washington Avenue  
P. O. Box 1069  
Madison, WI 53701-1069  
Telephone: (608) 256-8356  
Fax: (608) 256-2875  
E-mail: mark@eisenberglaw.org  
Attorneys for Defendant David G. Ohlendorf