IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S** |
| Plaintiff, | **MOTION TO DISCLOSE** |
| vs. | **USE OF "PEN REGISTER"** |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | <u>HEARING REQUESTED</u> |

TO:  K. Tate Chambers
     Assistant United States Attorney
     211 Fulton Street, Suite 400
     Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, for the entry of an Order requiring the Government to disclose to the defendant whether or not law enforcement agents, with or without court authorization, employed a "pen register" to monitor telephone calls made by the defendant or any co-defendant in this action, upon the following grounds:

1. Disclosure of this information is necessary for defendant to determine whether grounds exist for a motion to suppress pertaining to use of a "pen register."

2. Disclosure is necessary to avoid surprise at trial.

Dated this 17th day of February, 2005.

> EISENBERG LAW OFFICES, S.C.
>
> <u>/s/ Mark A. Eisenberg</u>
> Mark A. Eisenberg
> Illinois State Bar Number: 06184263
> Wisconsin State Bar Number: 01013078
> 308 E. Washington Avenue, P. O. Box 1069
> Madison, WI  53701-1069
> Telephone: (608) 256-8356
> Fax: (608) 256-2875
> E-mail: mark@eisenberglaw.org
> Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

      I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL  60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

                                        EISENBERG LAW OFFICES, S.C.

                                        /s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf