IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION FOR DISCLOSURE OF MAIL INTERCEPTION OR COVER** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | <u>HEARING REQUESTED</u> |

TO:  K. Tate Chambers
     Assistant United States Attorney
     211 Fulton Street, Suite 400
     Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an Order requiring plaintiff to disclose to the defendant whether any mail addressed to him or intended for him or mailed by him or from him has been the subject of a mail cover or has, in any way, been intercepted by any agent of the United States or State of Illinois, including, without limitation, persons acting in concert therewith, on behalf of or upon direction of the agent of the United States or State of Illinois, other than postal employees handling mail in a routine manner solely concerned with the delivery of mail, upon the following grounds:

Disclosure is required to permit the defendant to determine whether any such activity is properly the subject of a motion to suppress pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure.

Dated this 17th day of February, 2005.

                EISENBERG LAW OFFICES, S.C.

                /s/ Mark A. Eisenberg
                Mark A. Eisenberg
                Illinois State Bar Number: 06184263
                Wisconsin State Bar Number:  01013078
                308 E. Washington Avenue
                P. O. Box 1069
                Madison, WI  53701-1069
                Telephone:  (608) 256-8356
                Fax:  (608) 256-2875
                E-mail: mark@eisenberglaw.org
                Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

    I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

    I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL  60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

                                             EISENBERG LAW OFFICES, S.C.

                                             /s/ Mark A. Eisenberg
                                             Mark A. Eisenberg
                                             Illinois State Bar Number: 06184263
                                             Wisconsin State Bar Number:  01013078
                                             308 E. Washington Avenue
                                             P. O. Box 1069
                                             Madison, WI  53701-1069
                                             Telephone:  (608) 256-8356
                                             Fax:  (608) 256-2875
                                             E-mail: mark@eisenberglaw.org
                                             Attorneys for Defendant David G. Ohlendorf