IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION FOR RULE 16 DISCLOSURE OF EXPERT WITNESS TESTIMONY SIXTY DAYS BEFORE TRIAL** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | HEARING REQUESTED |

TO:   K. Tate Chambers
      Assistant United States Attorney
      211 Fulton Street, Suite 400
      Peoria, IL 61602

      NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and pursuant to Rule 16(a)(1)(G), Fed.R.Crim.P., moves the Court for the entry of an order directing the government to disclose to the defense a written summary of testimony that the government intends to use under Rules 702, 703 or 705, Fed.R.Evid., during its case in chief at trial, including a description of the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications, at least 60 days before trial so that defendant may have adequate time to investigate said opinion with an expert of his own choosing.

      Dated this 17th day of February, 2005.

                            EISENBERG LAW OFFICES, S.C.

                            /s/ Mark A. Eisenberg
                            Mark A. Eisenberg
                            Illinois State Bar Number: 06184263
                            Wisconsin State Bar Number:  01013078
                            308 E. Washington Avenue
                            P. O. Box 1069
                            Madison, WI  53701-1069
                            Telephone:  (608) 256-8356
                            Fax:  (608) 256-2875
                            E-mail: mark@eisenberglaw.org
                            Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

       I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

       I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL 60477

       EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf