E-FILED
Thursday, 17 February, 2005  04:27:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **DEFENDANT OHLENDORF'S MOTION TO DISMISS THE RICO COUNTS IN THE INDICTMENT** |
| Plaintiff, | |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | HEARING REQUESTED |

TO:   K. Tate Chambers
      Assistant United States Attorney
      211 Fulton Street, Suite 400
      Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an Order pursuant to Rule 7(c) of the F.R.Cr.P. to dismiss the RICO counts in the above-entitled matter on the grounds that the Indictment fails to allege any RICO enterprise distinct and separate from the organization inherent in the pattern of racketeering activities.

The Indictment describes the Hells Angels Motorcycle Club and its various chapters to support its position that an enterprise existed.  It seems that the purpose of the enterprise, according to the Indictment, was to commit various criminal acts allegedly in furtherance of the enterprise just like any drug dealing organization would commit deliveries of controlled substance in furtherance of the association of drug dealers.  There is simply no allegation that a distinct and separate enterprise existed from the group of individuals allegedly involved in the pattern of racketeering activities.

> Although it is not necessary to show that the organization 'has some function wholly unrelated to the racketeering activity,' the government must show that the organization has an existence beyond that which is merely necessary to commit the predicate acts of racketeering.

U.S. v. Riccobene, 709 F.2d 214, 222 (3rd Cir.), cert. denied 464 U.S. 849 (1983).

An enterprise must be more than a group of people who get together to commit a pattern of racketeering activity.  <u>U.S. v. Neapolitan</u> 791 F.2d 489, 500 (7th Cir. 1986).

WHEREFORE, defendant David Ohlendorf respectfully requests that Counts 1 and 2 of the Indictment be dismissed.

Dated this 17th day of February, 2005.

                                      EISENBERG LAW OFFICES, S.C.

                                      /s/ Mark A. Eisenberg
                                      Mark A. Eisenberg
                                      Illinois State Bar Number: 06184263
                                      Wisconsin State Bar Number:  01013078
                                      308 E. Washington Avenue
                                      P. O. Box 1069
                                      Madison, WI  53701-1069
                                      Telephone:  (608) 256-8356
                                      Fax:  (608) 256-2875
                                      E-mail: mark@eisenberglaw.org
                                      Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Atty. Robert Andre Alvarado    Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org

    AUSA K. Tate Chambers    kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov

    Atty. Daniel G. O'Day    doday@cfgolaw.com, lguyon@cfgolaw.com

    Atty. George F. Taseff    George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org

      I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL  60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

                EISENBERG LAW OFFICES, S.C.

                /s/ Mark A. Eisenberg
                Mark A. Eisenberg
                Illinois State Bar Number: 06184263
                Wisconsin State Bar Number:  01013078
                308 E. Washington Avenue
                P. O. Box 1069
                Madison, WI  53701-1069
                Telephone:  (608) 256-8356
                Fax:  (608) 256-2875
                E-mail: mark@eisenberglaw.org
                Attorneys for Defendant David G. Ohlendorf