E-FILED
Thursday, 17 February, 2005  04:32:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | **DEFENDANT OHLENDORF'S MOTION TO DISMISS AND STRIKE RACKETEERING ACT 6B** |
| vs. | |
| **DAVID G. OHLENDORF, et al.,** | Case No. 04-10084 |
| Defendants. | **HEARING REQUESTED** |

TO: K. Tate Chambers
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an order dismissing and striking racketeering act 6B of the Indictment on the grounds that the defendant has already been acquitted of that act in State Court in People of the State of Illinois v. David G. Ohlendorf, Cook County Case No. 97-501040201. There, the defendant was charged with attempted murder for the same acts that are alleged in paragraph 19 of the Indictment. The defendant was acquitted. In order for the defendant to be convicted of Count 1 in the current Indictment, the jury must conclude beyond a reasonable doubt that the defendant committed or caused another person to commit at least two racketeering acts described in Count 1. See Seventh Circuit Pattern Jury Instructions, Substantive Racketeering–Elements, 18 U.S.C. § 1962(c), a copy of which is attached hereto and incorporated by reference herein.

Since the defendant has already been acquitted by a jury of the allegations as stated in paragraph 19 of the Indictment, double jeopardy bars a subsequent jury from determining the same acts and concluding that he did, in fact, commit those acts.

WHEREFORE, the defendant respectfully requests the Court to dismiss and/or strike paragraph 19, Racketeering Act 6B, of the Indictment. This motion is based upon <u>United States v. Shenberg</u>, 89 F.3d 1461 (11th Cir. 1996). See also, <u>United States v. Levasseur</u>, 846 F.2d 786 (1st Cir. 1988); <u>United States v. Louie</u>, 625 F.Supp. 1327 (S.D.N.Y. 1985); <u>United States v. Bailin</u>, 977 F.2d 270 (7th Cir. 1992).

Dated this 17th day of February, 2005.

EISENBERG LAW OFFICES, S.C.

<u>/s/ Mark A. Eisenberg</u>
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

  I hereby certify that on February 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

  I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participants:

Attorney Steven C. Rueckert
Law Offices of Steven C. Rueckert
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

Attorney Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL 60477

          EISENBERG LAW OFFICES, S.C.

          /s/ Mark A. Eisenberg
          Mark A. Eisenberg
          Illinois State Bar Number: 06184263
          Wisconsin State Bar Number: 01013078
          308 E. Washington Avenue
          P. O. Box 1069
          Madison, WI 53701-1069
          Telephone: (608) 256-8356
          Fax: (608) 256-2875
          E-mail: mark@eisenberglaw.org
          Attorneys for Defendant David G. Ohlendorf