CRIMINAL INSTRUCTIONS                                           1962(c)

18 U.S.C. § 1962(c)

(Substantive Racketeering–Elements)

To prove the [a] defendant guilty of racketeering, as charged in Count _____, the government must prove the following propositions:

First, that [insert name] was an enterprise;

Second, that the defendant was associated with [or employed by] the enterprise;

Third, that the defendant knowingly conducted or participated in the conduct of the affairs of [insert name] through a pattern of racketeering activity as described in Count _____; and

Fourth, that the activities of [insert name] affected interstate commerce.

[Fifth, that the commission of at least one of the racketeering acts described in Count ____ occurred on or after [five years prior to the return of the indictment].]

If you find from your consideration of all the evidence that each of these propositions has been proved beyond a reasonable doubt as to the [a] defendant, you should find the [that] defendant guilty of Count ____.

If, on the other hand, you find from your consideration of all the evidence that any of these propositions has not been proved beyond a reasonable doubt as to the [a] defendant, then you should find the [that] defendant not guilty of Count ____.