E-FILED
Monday, 28 February, 2005  01:38:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 04-10084-02 |
| ) | |
| **MELVIN J. CHANCEY ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT WHITE'S MOTION FOR IMMEDIATE DISCLOSURE OF AUDIO AND VIDEO RECORDINGS

Now comes the United States of America by Jan Paul Miller, United States Attorney, and K. Tate Chambers, Supervisory Assistant United States Attorney, for the Central District of Illinois, and in response to the above-named motion states the following:

1.   Defendant White filed the current motion for immediate disclosure of audio and video recordings in the above-captioned matter on February 18, 2005. (R.63)

2.   Numerous audio recordings and some video recordings are contained in the discovery in this matter.

3.   The government does not object to the disclosure of any video or audio tapes that do not disclose the identity of its witnesses at this time. Safety of government witnesses is a serious concern in this matter. That concern and a proposed discovery plan is outlined in the government's letter of February 22, 2005 which is attached to this response as Attachment One. In that proposed discovery plan, the government asked that defense counsel copy the tapes. Since writing the proposed plan, case agents have acquired high-speed dubbing equipment and

are now able to make copies of the tapes for defense counsel.

4. Upon receipt of the signed discovery agreement from defense counsel, agents will produce audio and video tapes for each defendant. They will be turned over as quickly as the copying process is completed.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

        s/K.Tate Chambers
        K. Tate Chambers
        Assistant United States Attorney
        One Technology Plaza
        211 Fulton, Suite 400
        Peoria, Illinois 61602
        Telephone: (309) 671-7050

CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT WHITE'S MOTION FOR IMMEDIATE DISCLOSURE OF AUDIO AND VIDEO RECORDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

> Daniel G. O'Day
> Attorney at Law
> 415 Hamilton Blvd.
> Peoria, IL 61602-1102
>
> Mark A. Eisenburg
> Attorney at Law
> 308 E. Washington Ave.
> P.O. Box 1069
> Madison, WI 53701-1069
>
> George F. Taseff
> Assistant Federal Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
>
> Rob Alvarado
> Assistant Federal Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602

Service of the foregoing has also been made on the parties listed below by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> Peter J. Wilkes
> Attorney at Law
> 7060 Centennial Dr., Suite 104
> Tinley Park, IL 60477
>
> Steven C. Rueckert
> Attorney at Law
> 53 W. Jackson Blvd., Suite 1410
> Chicago, IL 60604

| | |
|---|---|
| <u>Feb. 28, 2005</u> | <u>s/Diane Hayes</u> |
| Date | Diane Hayes |
| | Paralegal Specialist |