1:04-cr-10084-MMM-JAG   # 74   Page 1 of 1

2/25/05 E-FILED
Tuesday, 01 March, 2005 02:34:10 PM
Clerk, U.S. District Court, ILCD
(BOND HRG.)

AO 187A (4/82)    EXHIBIT AND WITNESS LIST — ~~IDENTIFICATION~~

USA vs. Chancey, etal    DOCKET NO. 04-10084

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1A | 2/28/05 | | | (Abrams) deed to home of Story — Jr. Story *witness* |
| | 1B | ↓ | | | (Abrams) deed to 2nd home in Chesney Park |
| | 2 | ↓ | | | (Abrams) R. Abrams passport |
| | 3 | ↓ | 2/28 | 2/28 | (Ohlendorf) deed to property (mort. release) Ohlendorf |
| | 1C | ↓ | | | " tax bill |
| | 4 | ↓ | | | release of deed |
| | 5 | ↓ | ↓ | ↓ | Bank stmt re: payoff of property |
| 1 | | 2/28/05 | | | redacted notes of agent - Abrams |
| 2 | | ↓ | | | " " " " Ohlendorf |
| 3 | | ↓ | | | " " " " - White |