IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**   Case No. 04-10084

    Defendants.

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that defendant David G. Ohlendorf, by his undersigned attorneys, hereby appeals, pursuant to Rule 9, Federal Rules of Appellate Procedure, and 18 U.S.C. § 3145(c), to the United States Court of Appeals for the Seventh Circuit from the pretrial detention order imposed in this action on the 28th day of February, 2005.

Dated this 3rd day of March, 2005.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

       I hereby certify that on March 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

       I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participant:

Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

                                  EISENBERG LAW OFFICES, S.C.

                                  /s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf