E-FILED
Thursday, 03 March, 2005  02:37:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**    Case No. 04-10084

      Defendants.

**CIRCUIT RULE 3(c) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION**

NOW COMES the defendant, David G. Ohlendorf, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3145(c) and is based on the following particulars:

    i. Date of entry of judgment sought to be reviewed: judgment and order entered on February 28, 2005, denying defendant's motion for revocation of detention order;

    ii. Filing date of motion for new trial: N/A;

    iii. Disposition of motion and date of entry: N/A;

    iv. Filing date of Notice of Appeal: March 3, 2005.

Dated this 3rd day of March, 2005.

                EISENBERG LAW OFFICES, S.C.

                /s/ Mark A. Eisenberg
                Mark A. Eisenberg
                Illinois State Bar Number: 06184263
                Wisconsin State Bar Number:  01013078
                308 E. Washington Avenue
                P. O. Box 1069
                Madison, WI  53701-1069
                Telephone:  (608) 256-8356
                Fax:  (608) 256-2875
                E-mail: mark@eisenberglaw.org
                Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

        I hereby certify that on March 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |

        I hereby certify that I have mailed by United States Postal Service the foregoing to the following non ECF participant:

Peter J. Wilkes
7060 Centennial Drive, Suite 104
Tinley Park, IL  60477

                                              EISENBERG LAW OFFICES, S.C.

                                              /s/ Mark A. Eisenberg
                                              Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf