E-FILED
Monday, 07 March, 2005  04:08:27 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of Illinois          *Docket No.:* 04-10084-03

*Division:* Peoria Division

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

USA                              v.     David G. Ohlendorf

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| *Name:* K. Tate Chambers | *Name:* Mark A. Eisenberg |
| *Firm:* US Attorney's Office | *Firm:* Eisenberg Law Offices, S.C. |
| *Address:* Suite 400, 211 Fulton St. | *Address:* PO Box 1069, 308 E. Washington Ave |
| Peoria, IL  61602 | Madison, WI  53701-1069 |
| *Phone:* 309-671-7050 | *Phone:* 608-256-8356 |

---

*Judge:* Michael M. Mihm                *Nature of Suit Code:*

*Court Reporter:* K. Hanna              *Date Filed in District Court:* 12/16/2004

                                        *Date of Judgment:*

                                        *Date of Notice of Appeal:* 3/2/05

*Counsel:*   ___Appointed    _X_Retained    ___Pro Se

*Fee Status:*   _X_Paid   ___Due   ___IFP   ___IFP Pending   ___U.S.   ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X_Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**