IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

---

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**   Case No. 04-10084

        Defendants.   <u>HEARING REQUESTED</u>

---

**DEFENDANT OHLENDORF'S MOTION TO STRIKE SURPLUSAGE
FROM THE INDICTMENT**

---

TO:   K. Tate Chambers
       Assistant United States Attorney
       211 Fulton Street, Suite 400
       Peoria, IL 61602

      NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and pursuant to Rule 7(c)(1) of the *Fed. R. Crim. P.* moves the Court for an order requiring the government to strike paragraphs 6 A through I of the Indictment on the grounds that this part of the Indictment contains prejudicial information that has no bearing on the charges in the Indictment.

      Specifically, this part of the Indictment contains additional information to what is alleged in Counts 1 through 5 of the Indictment. This information may encourage the jury to draw inferences that the defendants are believed to be involved in other illegal activities not charged in the Indictment. This information should be stricken from the Indictment. See <u>United States v. Vastola</u>, 670 F.Supp. 1244, 1256 (D.N.J. 1987).

Dated this 9th day of March, 2005.

        EISENBERG LAW OFFICES, S.C.

        /s/ Mark A. Eisenberg
        Mark A. Eisenberg
        Illinois State Bar Number: 06184263
        Wisconsin State Bar Number:  01013078
        308 E. Washington Avenue
        P. O. Box 1069
        Madison, WI  53701-1069
        Telephone:  (608) 256-8356
        Fax:  (608) 256-2875
        E-mail: mark@eisenberglaw.org
        Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

      EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf