IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**　　　　　Case No. 04-10084

       Defendants.　　　　　<u>HEARING REQUESTED</u>

**DEFENDANT OHLENDORF'S MOTION FOR BILL OF PARTICULARS**

TO:　K. Tate Chambers
　　　Assistant United States Attorney
　　　211 Fulton Street, Suite 400
　　　Peoria, IL 61602

      NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and pursuant to Rule 7(f) of the *Fed. R. Crim. P.* moves the Court to require the government to provide a bill of particulars for the following counts:

      1.　Under Racketeering Act 10A, the government alleges there was a conspiracy and that the defendant "made plans to travel to Peoria, Illinois." There is no indication as to when, where or how these plans were made so that the defendant could tell whether the plans made to travel to Peoria, Illinois, were for the specific act alleged in Count 10 or for some other reason. The defendant cannot prepare for trial without this information.

      2.　The same argument is made for Racketeering Act 10B. In addition, defendant is alleged to have directed "others," yet specific names are not provided.

      3.　Racketeering Act 11A says the defendant conspired with others and took "steps" to murder a member of another motorcycle club. There is no indication as to when, where and how these plans were made. No specific names are listed for "others."

      4.      Racketeering Act 11B indicates the defendant performed a substantial step toward committing first degree murder and directed others to carry out plans to kill other motorcycle club members. There is no indication as to what that substantial step was or when it occurred, and the defendant cannot prepare for trial without knowing that information. There are no specific names for "others."

      5.      Racketeering Act 12 indicates the defendant was involved in narcotics distribution. No details whatsoever are indicated as to defendant's role, only that it occurred over a ten-year period.

      Finally, in Count Three, the narcotics distribution conspiracy, the defendant and others are alleged to have committed some overt acts, but there are no details as to when, where, how or who committed those acts. A bill of particulars is necessary so that the defendant can prepare for trial.

      Dated this 9th day of March, 2005.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg  
Mark A. Eisenberg  
Illinois State Bar Number: 06184263  
Wisconsin State Bar Number: 01013078  
308 E. Washington Avenue  
P. O. Box 1069  
Madison, WI 53701-1069  
Telephone: (608) 256-8356  
Fax: (608) 256-2875  
E-mail: mark@eisenberglaw.org  
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf