E-FILED
Thursday, 10 March, 2005  03:12:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No. 04-10084 |
| MELVIN J. CHANCEY ET AL., | ) ) ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE PRETRIAL CONFERENCE OR IN THE ALTERNATIVE TO BIFURCATE THE HEARING ON PENDING MOTIONS**

Now comes the United States of America by Jan Paul Miller, United States Attorney, and K. Tate Chambers, Supervisory Assistant United States Attorney, for the Central District of Illinois, and in support of its motion, hereby submits the following:

1.  At the bond hearing on February 28, 2005, the government was directed to answer the defendants' pretrial motions seven days prior to the pretrial conference, which makes responses due on March 11, 2005. At that time, there were twenty-eight motions pending. Since then, defendants have filed four additional motions. The last set of motions were filed yesterday, March 9, 2005.

2.  The motions generally fall into two categories - motions concerning discovery and substantive motions such as motions to strike or dismiss.

3.  Since the bond hearing, the government has been in contact with defense counsel and is providing discovery under the government's letter of February 22, 2005 (see attached),

1

with reasonable modifications as requested by defense counsel. To date, the government has copied 175 audio tapes and 25 video tapes, and has made available for copying approximately 2400 pages of discovery.

    4.    The government recommends that the pretrial conference date of March 18, 2005 be continued for a short period (30 days) to allow counsel for both sides to continue the work with the discovery. Many of the defense discovery motions may become moot once the discovery is provided under the terms of the government's letter of February 22, 2005 and reasonable modifications requested by defense counsel. The government suggests a briefing schedule of government's response due 14 days before the new date and the defendant's reply, if any, due seven days before the new date. At the re-scheduled final pretrial hearing, both discovery and substantive motions can be addressed.

    5.    In the alternative, the government requests that the discovery motions may be heard on the current pretrial hearing date of March 18, 2005. The government requests that the substantive motions be heard at a special supplemental hearing, approximately 30 days after the scheduled final pretrial hearing on March 18, 2005. The government would recommend a similar briefing schedule with the government's brief due 14 days prior to the new date and defendant's reply due seven days prior to the new date.

    6.    The detention hearing was held on Monday, February 28, 2005. Government counsel assumed the duties of preparing and presenting the government's case in <u>United States v. Richard Taylor</u>, Case No.04-10040, on Friday, February 25th and spent nearly all of his time since then preparing the case for trial and trying the case to completion. The trial ended yesterday, March 9, 2005. Government counsel needs additional time to adequately research,

brief, and prepare responses to the substantive motions.

      WHEREFORE, for the reasons stated above, the government respectfully requests that this Honorable Court continue the date for the final pretrial hearing for a short period of approximately 30 days and consider all motions at that time, or in the alternative, hear the discovery motions at the scheduled pretrial hearing date of March 18, 2005 and hear the substantive motions at a later supplemental hearing approximately 30 days after the March 18, 2005 hearing.

      Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/K. Tate Chambers
K. Tate Chambers
Assistant United States Attorney
One Technology Plaza
211 Fulton, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing **GOVERNMENT'S MOTION TO CONTINUE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

>Daniel G. O'Day
>Attorney at Law
>415 Hamilton Blvd.
>Peoria, IL 61602-1102
>
>Mark A. Eisenburg
>Attorney at Law
>308 E. Washington Ave.
>P.O. Box 1069
>Madison, WI 53701-1069
>
>George F. Taseff
>Assistant Federal Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602
>
>Rob Alvarado
>Assistant Federal Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602

Service of the foregoing has also been made on the parties listed below by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Peter J. Wilkes
>Attorney at Law
>7060 Centennial Dr., Suite 104
>Tinley Park, IL 60477
>
>Steven C. Rueckert
>Attorney at Law
>53 W. Jackson Blvd., Suite 1410
>Chicago, IL 60604

| | |
|---|---|
| <u>March 10, 2005</u> | <u>s/Diane Hayes</u> |
| Date | Diane Hayes |
| | Paralegal Specialist |