**E-FILED**
Thursday, 17 March, 2005  12:15:57 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS

## SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**

MAR 1 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-1622                    Docketed on: 3/11/05
Short Caption:         USA v. Ohlendorf, David G.
District Court Judge:  Michael M. Mihm
District Court No.:    04 CR 10084

If you have any questions regarding this appeal, please call this office.

(1003-012490)