**E-FILED**
Wednesday, 23 March, 2005  09:27:18 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 04-10084** |
| | ) | |
| **MELVIN J. CHANCEY ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO EXTEND TIME TO FILE RESPONSE**

Now comes the United States of America by Jan Paul Miller, United States Attorney, and K. Tate Chambers, Supervisory Assistant United States Attorney, for the Central District of Illinois, and in support of its motion, hereby submits the following:

1.      At the pretrial hearing on March 18, 2005, the government was directed to submit legal authority relevant to the request for production of Rule 16 discovery, particularly tangible objects such as audio tapes.  The submission was due seven days after the date of the March 18th hearing and Assistant Federal Defender George F. Taseff was to submit legal authority seven days following the government's submission.

2.      On the evening of March 18, 2005 AUSA K. Tate Chambers was admitted to the hospital and remained there until March 22, 2005.  He is expected to return to work on March 28, 2005.

3.      AUSA Chambers requests to extend the filing date of his response to April 1, 2005.

4.      Defense counsel, George F. Taseff, has no objection to the extension.

1

WHEREFORE, for the reasons stated above, the government respectfully requests an

extension to file its response and submit legal authority, until April 1, 2005.


Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/K. Tate Chambers
K. Tate Chambers
Assistant United States Attorney
One Technology Plaza
211 Fulton, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing **GOVERNMENT'S**

**MOTION TO EXTEND** with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the parties listed below.

Daniel G. O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602-1102

Mark A. Eisenburg
Attorney at Law
308 E. Washington Ave.
P.O. Box 1069
Madison, WI 53701-1069

George F. Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Rob Alvarado
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Peter J. Wilkes
Attorney at Law
7060 Centennial Dr.,  Suite 104
Tinley Park, IL 60477

Service of the foregoing has also been made on the party listed below by depositing a copy

thereof in the United States mail, postage prepaid, addressed to:

Steven C. Rueckert
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

March 23, 2005                          s/Diane Hayes
Date                                    Diane Hayes
                                        Paralegal Specialist

3