E-FILED
Wednesday, 23 March, 2005  01:16:08 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 04-10084 |
| ) | |
| **MELVIN J. CHANCEY ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

THE COURT, with the agreement of the parties on March 18, 2005, enters this scheduling order:

Discovery will be scanned for the defense attorneys, who will share the expense of the scanning. Arrangements will be made to provide discovery at the county jails where the defendants are being housed. Defendants will be allowed to view discovery and take notes, but the notes and discovery will remain with the jail authorities when the defendants return to their cells.

The government's proposed discovery schedule will be followed: 30 days prior to trial for Brady/Giglio materials, including a list of grand jury witnesses; and 21 days prior to trial for Jencks material and the Santiago proffer.

The government's notice of expert witness testimony is to be provided 90 days prior to trial, on May 27, 2005. (R.26, 58)

Motion for Rule 16 discovery will be decided upon receipt of the government's submission of legal authority, (due March 29, 2005) and the defendants' submission of legal

authority (due April 7, 2005).

It is so ordered.

Entered this 23rd day of March, 2005.

                                                            S/Michael M. Mihm  
                                                            United States District Judge  
                                                            Michael M. Mihm