E-FILED
Friday, 08 April, 2005  08:08:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 04-10084 |
| | ) | |
| RICHARD A. ABRAMS, et al., | ) | Hearing Requested |
| | ) | |
| Defendants. | ) | |

### DEFENDANT ABRAMS' REPLY TO GOVERNMENT'S SUBMISSION OF LEGAL AUTHORITY

Now comes the Defendant, RICHARD A. ABRAMS, by his attorney, and herein replies to the Government's submission of legal authority, filed April 1, 2005, in which the Government responded to the Court's direction to provide legal authority concerning the issue of whether, pursuant to Rule 16, Fed.R.Crim.P., the Government has an obligation to provide undercover tape recordings made during the course of the investigation which contain statements made by the defendant(s).

1.  Rule 16(a)(1)(B), Fed.R.Crim.P., states in pertinent part: "Upon a defendant's request, the government must disclose to the defendant, and make available for inspection, copying, or photographing, all of the following:

   (i)   any relevant written or recorded statement by the defendant if:

   •   the statement is within the government's possession, custody, or control; and

1

- the attorney for the government knows-or through due diligence could know-that the statement exits.

2. The Government's submission to this Court concedes what is obvious from a plain reading of the text of Rule 16: that tape recordings of conversations between an accused and a government agent or informant are discoverable and <u>must</u> be disclosed to the defense. <u>United States v. Shields</u>, 767 F.Supp.163, 165-66 (N.D.Ill. 1991)(both tapes and transcripts of recordings discoverable); <u>United States v. Finley</u>, 1987 WL 17165 (N.D.Ill. Sept. 3, 1987); <u>United States v. Bailey</u>, 689 F.Supp. 1463, 1468-70 (N.D. Ill. 1987); <u>United States v. Walker</u>, 538 F.2d 266 (9th Cir. 1976); <u>United States v. Crisona</u>, 416 F.2d 107 (2nd Cir. 1969), <u>cert</u>. <u>denied</u>, 397 U.S. 961 (1970).

3. Nonetheless, the Government offers <u>no</u> authority to this Court in support of its request to withhold such tape recorded conversations involving this and other defendants until 30 days before the scheduled trial date of October 3, 2005, because of its generalized concern that production of the tapes along with all other Rule 16 materials will disclose "material which will identify a cooperating informant."

4. The Government's withholding of the tape recorded statements involving this and other defendants and any "cooperating informant" is severely prejudicial to the defense and is preventing the defendants from adequately preparing to contest what will likely be a key portion of the Government's case in chief at trial. Moreover, in view of the fact that the Government is expected to disclose between 10,00 to 12,000 pages of discovery to the

defense, along with all Brady/Giglio material, within 30 days of the scheduled trial, the Government's withholding of what is believed to be more than 70 hours of tape recorded conversations involving this and other defendants only contributes to the extraordinary, and a totally unnecessary, burdens that defense counsel must contend with in attempting to adequately represent their respective clients in this case.

    5.    For all of the foregoing reasons, defense counsel urge this Court , pursuant to Rule 16(a)(1)(B), Fed.R.Crim.P., to order the immediate production of all tape undercover tape recordings made during the course of the investigation which contain statements made by the defendant(s).

RICHARD A. ABRAMS, Defendant

/S/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing:

      Mr. K. Tate Chambers
      Assistant United States Attorney
      One Technology Plaza
      211 Fulton, Suite 400
      Peoria, IL 61602

      Mr. Daniel G. O'Day
      Cusack, Fleming, Gilfillan & O'Day
      415 Hamilton Blvd.
      Peoria, IL 61602

      Mr. Mark A. Eisenberg
      Attorney at Law
      308 E. Washington Ave.
      P.O. Box 1069
      Madison, WI 53701-1069

      Mr. Steven C. Rueckert
      Attorney at Law
      53 W. Jackson, Suite 1410
      Chicago, IL 60604

      Mr. Peter J. Wilkes
      Attorney at Law
      7060 Centennial Dr.
      Tinley Park, IL 60477

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org