E-FILED
Thursday, 14 April, 2005  09:39:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-10084 |
| ) | |
| MELVIN CHANCEY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

By agreement of the parties, Defendants will have access to the written discovery in this matter on CDs and will view this discovery via computer. One copy of the CDs, as well as any audio or videotaped discovery, will be maintained in the custody of the Sheriff of Knox County, or his designee, for review by the Defendants housed in the Knox County Jail, and a second copy of these materials will be maintained in the custody of the U.S. Marshal's Service for review by the Defendants housed in the Peoria County Jail. It is the Court's understanding that the Knox County Jail, where Defendants Abrams and White are being held, will make a room available in the jail for viewing the discovery on a computer to be set up by the U.S. Marshal's Service. Defendants Chancey and Ohlendorf, who are being held in the Peoria County Jail, will be transported to the U.S. Marshal's office in the U.S. District Courthouse in Peoria, where a room and computer will be made available for their use.

The Sheriff of Knox County, or his designee, and the U.S. Marshal's Service shall maintain custody and control of the discovery at all times, and shall allow Defendants reasonable access to it for inspection at such time and place as they deem necessary

to ensure that these items remain intact without alteration, destruction, or other change and under such circumstances as they deem necessary to maintain the orderly operation of the facility.

Defendants will be allowed to review the discovery and may take notes. However, no two Defendants may review the discovery at the same time. At the end of each review session, any notes taken are to be turned over to the Sheriff of Knox County or his designee/U.S. Marshal's Service, who shall maintain the notes for the Defendant's future use during subsequent review sessions or during meetings with counsel. No Defendant may have access to another Defendant's notes. Defendants may not take anything from the room with them and must be searched each time they leave the room.

ENTERED this 13th day of April, 2005.

                                        s/Michael M. Mihm
                                        Michael M. Mihm
                                        United States District Judge