E-FILED
Friday, 13 May, 2005   08:13:43 AM
Clerk, U.S. District Court, ILCD

**SEALED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff ) <br> ) <br> vs ) <br> David G. Ohlendorf a/k/a PULLEY ) <br> 2631 Farmview ) <br> New Lenox, IL. ) <br>     Defendant ) | **WARRANT FOR ARREST** <br><br> CASE NO. 04-10084-003 <br><br> **FILED** <br> MAY 1 2 2005 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS <br> URBANA, IL |

TO:    THE U. S. MARSHAL and any
            AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *David G. Ohlendorf a/k/a PULLEY*

, and bring him forthwith to the nearest magistrate judge to answer an indictment charging him with:

Count 1-RICO 18:1962(c)

Count 2-The Racketeering Conspiracy 18:1962(d)

Count 3-Narcotics Distribution Conspiracy 21:846 & 841(b)(1)(A)

Count 4-Forfeiture-RICO 18:1963(a)

Count 5-Forfeiture-Narcotics distribution conspiracy 21:853.

RECEIVED
US MARSHALS SERVICE
CENTRAL ILLINOIS
2004 DEC 21 P 4: 02

s/John M. Waters
**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/T. Kelch
Signature of Issuing Officer

12/16/04 at Peoria, IL.
Date and Location

**Bail fixed at $NO BOND by Judge Joe B. McDade.**

---

**RETURN**    Manhattan, IL

This warrant was received and executed with the arrest of the above named defendant at

| Date Received 12-17-04 | Name of Arresting Officer Mike Britt | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2-2-05 | Title of Arresting Officer DEA | DUSM |