CERTIFIED COPY

E-FILED
Monday, 16 May, 2005 02:07:56 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**FILED**
MAY 1 6 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

April 21, 2005

*By the Court:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 05-1622    v.<br><br>DAVID G. OHLENDORF,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 CR 10084<br>]<br>] Michael M. Mihm,<br>]    Judge. |

The following are before the court:

1. MOTION FOR RELEASE BEFORE JUDGMENT OF CONVICTION PURSUANT TO RULE 9 OF THE FEDERAL RULES OF APPELLATE PROCEDURE, filed on March 22, 2005, by counsel for the appellant.

2. APPELLEES' RESPONSE TO APPELLANT'S MOTION FOR RELEASE BEFORE JUDGMENT OF CONVICTION PURSUANT TO RULE 9(A) OF THE FEDERAL RULES OF APPELLATE PROCEDURE, filed on April 12, 2005 by counsel for the appellees.

IT IS ORDERED that #1 is DENIED.

A True Copy
Teste:
_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE: May 13, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL 61602

FROM: Gino J. Agnello, Clerk

RE: 05-1622
USA v. Ohlendorf, David G.
04 CR 10084, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [ ] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:     Counsel of record
[X]     United States Marshal
[X]     United States Probation Office

NOTE TO COUNSEL:
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     _____
(1071-120397)                              Deputy Clerk, U.S. District Court