E-FILED
Friday, 27 May, 2005  03:45:04 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 04-10084 |
| ) | |
| **MELVIN J. CHANCEY ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

### GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY

Now Comes the United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and pursuant to Rule 16(a)(1)(D) and (E) of the Federal Rules of Criminal Procedure, hereby provides notice of its intent to use the following expert witnesses:

1.     Marc Folven, a Special Agent with DEA will testify. Based on his education, training and experience, Agent Folven will testify concerning the means and methods of drug distribution in the Rockford and Chicago, Illinois area. Agent Folven's curriculum vitae will be filed as soon as he returns to the office after being away for several weeks.

2.     Jack Malooly, a Special Agent with ATF will testify concerning explosive devices. Agent Malooly will testify that based on his education, training, and experience (see attached summary), the explosive devices recovered in this matter were designed in a manner and constructed with materials that are consistent with the definition of destructive devices. Agent Malooly will further testify that a method commonly used to commit arson would include a plan to use two gallons of gas and a flare such as the plan discussed for the Outlaw Clubhouse in Davis, Illinois.

3. Gabe Grchan, a Special Agent with IRS will testify concerning financial transactions conducted by the Rockford and Chicago Hells Angels chapters. Agent Grchan will testify that based on his education, training, and experience (see attached summary), club funds were derived through the payment of dues, special assessments, and other sources of income. These club funds were used to pay expenses associated with the ownership of a clubhouse, to include purchase payment, mortgage payments, utility payments; and were also used to pay the attorney expenses of club members.

4. Mark Bartholomew, a Special Agent with ATF, will testify concerning firearms. Agent Bartholomew will testify that based on his education, training, and experience (see attached summary), the stolen firearms in this case affected interstate commerce and were used for unlawful purposes, such as intimidation and acts of violence towards rival club members.

5. Jeff Patterson, a Lieutenant with the Illinois State Police, will testify concerning the practices and procedures of motorcycle gangs, including the Hells Angels, in Illinois. Lieutenant Patterson will testify that based upon his education, training, and experience (see attached summary), motorcycle gangs commonly hold regularly scheduled club meetings, elect officers, wear club patches and colors, and conduct club business.

6. Joseph A. Slatalla, a Special Agent with ATF, will testify concerning the practices and procedures of motorcycle gangs, including the Hells Angels, in the United States. Agent Slatalla will testify that based upon his education, training, and experience (see attached summary), Hells Angels' motorcycle clubs across the country use violence to conduct the business of the gang. That violence includes violence against rival gang members, their own gang members, police, and citizens.

7. Jay Dobyns, a Special Agent with ATF, will testify concerning the practices

and procedures of motorcycle gangs, including the Hells Angels, in the United States. Agent Dobyns will testify that based on his education, training, and experience, (see attached summary) the Hells Angels motorcycle gang in the Southwest and on the West Coast operate similarly to other Hells Angels chapters across the nation. The chapters elect officers, collect dues, conduct regularly scheduled meetings, wear club colors and club patches. Hells Angels also engage in violence against members of rival clubs.

8. Each of the three motorcycle club experts will testify as to the organizational structure of motorcycle club, the rules and bylaws of the club, the initiation procedures of the club, the business practices of the club, how the club operates, how the club raises money, how the club gains, expands, and protects territory, how the club deals with police and informants, how the club deals with violations of club rules by its members, the international and national structure of the clubs, and how the club deals with rival clubs.

9. Thomas E. Murphy, Special Agent with the DEA will testify concerning the means and methods of drug distribution in Illinois. Base upon his education, training, and experience (see attached summary), Agent Murphy will testify to common distribution practices related to methamphetamine and powder cocaine.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/K. Tate Chambers
K. TATE CHAMBERS
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

It is hereby certified that I electronically filed the foregoing **GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

Daniel G. O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602-1102

Mark A. Eisenburg
Attorney at Law
308 E. Washington Ave.
P.O. Box 1069
Madison, WI 53701-1069

George F. Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Rob Alvarado
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Peter J. Wilkes
Attorney at Law
7060 Centennial Dr., Suite 104
Tinley Park, IL 60477

Steven C. Rueckert
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

| | |
|---|---|
| May 27, 2005 | s/Diane Hayes |
| Date | Diane Hayes |
| | Paralegal Specialist |