**E-FILED**
Friday, 27 May, 2005  03:46:49 PM
Clerk, U.S. District Court, ILCD

# CURRICULUM VITAE

# JOHN E. MALOOLY
## SENIOR SPECIAL AGENT

## ATF CERTIFIED FIRE INVESTIGATOR
## ATF CERTIFIED EXPLOSIVES SPECIALIST

### U.S. DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

3250 LACEY RD, Suite 400
DOWNER'S GROVE, ILLINOIS 60515

Telephone (630) 725-5263

**INVESTIGATIVE / TECHNICAL EXPERIENCE**

Police Officer, Evanston, Illinois Police Department  1972-1974

Bureau of Alcohol, Tobacco and Firearms, United States Department of the Treasury
     Kansas City, MO office - Special Agent Explosives/Arson Cases and Firearms Cases, 1974-1979
     Chicago IL - Special Agent Explosives/Arson Cases and Firearms Cases, 1979-present

Explosives/Arson Trainer for Federal, local and state officers

Explosives Coordinator for Chicago District

Visiting Instructor - Federal Law Enforcement Training Center, Glynco, Georgia

Visiting Instructor - University of Illinois Police Training Institute

Certified Explosives Instructor - Bureau of Alcohol, Tobacco and Firearms - 1976

Certified in Explosives Destruction Bureau of Alcohol, Tobacco and Firearms - 1978

Certified Explosives Handler -  Bureau of Alcohol, Tobacco and Firearms - 1978

Certified Explosives/Arson Instructor - Bureau of Alcohol, Tobacco and Firearms - 1976

Member of ATF National Arson/Explosives Response Team        1980-Present

Member of ATF Cause and Origin Cadre, Completed two year intensive cause and origin training
     program  1986-1988

Speaker, American Society for Industrial Security Illinois North Shore Chapter

Speaker, Chicago Fire Academy, Chicago Fire Marshals Training Class

Speaker, International Association of Bomb Technicians and Investigators, Illinois Chapter Training
     and Region III Training Conferences

Speaker, Union Carbide Corporation, Security Managers Training Seminar

Guest Lecturer, Oakton Community College, Des Plaines, Illinois

Guest Lecturer, R. Schwarz and Associates, Ltd., Related Sciences of Fire Investigation Seminar

Instructor, Vehicle Burn Seminar sponsored by R. Schwarz and Associates, Ltd., and U. S. Treasury
     Department, Bureau of ATF

Instructor, Pro/Am Arson Invitational Infield Program sponsored by Illinois Advisory Committee on

John E. Malooly

Arson Prevention and the Illinois State Fire Marshall

Instructor, Explosives Scene Investigation Course, Bureau of ATF, Fort McCoy, Wisconsin

Instructor, Explosives/Incendiary Devices Recognition Seminar, Danville, Illinois

Instructor, Advanced Explosives Technology, Bombing and Terrorism, Region III International Association of Bomb Technicians and Investigators (IABTI) Training Conference

Instructor, Fire Scene Investigation School, sponsored by Lombard, Illinois, Fire Department and Bureau of ATF.   Class included the controlled burning of structure fires using incendiary devices and accelerant.

Instructor, Explosives/Incendiary Training of Indiana Police Officers and Bomb Technicians, Michigan City, Indiana, Police Department.  In preparation for the 1987 PAN AMERICAN GAMES.

Instructor, Explosives/Incendiary Devices Seminar, for Illinois Fire and Police Investigators, Joliet Junior College, Joliet, Illinois

Instructor, Explosives/Incendiary Devices Class, held for the Security Staff of the Argonne National Laboratory, U. S. Department of Energy, Argonne, Illinois

Instructor, Explosives/Incendiary Devices Class, held for the Illinois Army National Guard, Chicago, Illinois

Instructor, various seminars held by the FBI and the National Bomb Data Center on explosive and incendiary devices

Taught numerous classes to local fire and police officials on the recognition of explosives and incendiary devices, in Missouri, Kansas, Illinois, Indiana and Wisconsin.

Selected as a member of Bureau of ATF Explosives Security Detail for the International Olympic Games, Los Angeles, California, June-August, 1984.

Worked approximately sixteen hours per week with the Chicago Fire Department, Office of Fire Investigation, with Fire Marshals conducting investigations of all extra alarm and/or suspicious fires.  1986-1988

Worked with the Illinois State Fire Marshals Office in cooperative investigation of major fires involving many incidents during 1987 and 1988.

Instructor, Explosives Device Recognition Seminar, U. S. Department of Energy, Safeguards and Security Division, Argonne National Laboratory, January, 1990.

Instructor, Annual Training Conference, Illinois Law Enforcement Intelligence Network (ILEIN),

John E. Malooly

Springfield, Illinois, March, 1990

Instructor, Illinois Chapter, International Association of Arson Investigators, Fire Investigation Training Conference, Champaign, Illinois, September 6-10, 1989

Instructor Advanced Fire and Explosives Training Seminar, Jefferson Parish Sheriff's Department and Bureau of ATF, New Orleans, Louisiana - 40 hours April 1990

Member of ATF International Response Team for Arson and Explosives Investigation, 1991- present

Provided Technical Fire Investigation Assistance to the US Army Criminal Investigation Command by investigating the total loss of the 20th Area Support Group Command Headquarters, Taegu, Korea July 24 to August 5, 1992

Provided Technical Fire Investigation Assistance to the U. S. State Department by investigating fire at the National Assembly, Islamabad, Pakistan November 1993

National Response Team Activation -One of Five Investigative Team Leaders, Bombing of the Alfred R. Murrah Federal Building, Oklahoma City, OK April-May 1995

Instructor in Fire and Explosives Investigations - University of Illinois Fire Service Institute, Champaign, IL. Three to Four classes/year

Selected as a member of Bureau of ATF Explosives Diagnostic Team for the International Olympic Games, Atlanta, Georgia, Summer 1996

Member of multi-agency committee to develop a CD-ROM for fire investigation training called Interfire VR, multiple meetings during 1997 and 1998

Assisted the Washington, DC Fire Marshals Office by conducting fire investigations for the entire month of March 1998

Investigate the origin and cause of a fire at the FBI Headquarters Building in Washington, DC- March 1998

Participated in meeting at the British Parliament at Westminster discussing fire investigation training in the United Kingdom, July 1999

Participated in meeting of the Technical Committee on Fire and Explosion Investigations of The National Fire Protection Association (NFPA 921) in Calgary Canada, July 14-18, 1999

Participated in meeting of the Technical Committee on Fire and Explosion Investigations of The National Fire Protection Association (NFPA 921) in Orlando, FL, September 21-25, 1999

Assisted the Ontario Provincial Police with a double homicide/arson case, including examination of the fire scene and professional opinion, Ontario, Canada, April 17-19, 2000

John E. Malooly

Participated in meeting of The Technical Committee on Fire and Explosion Investigations of The
National Fire Protection Association ( NFPA 921) in Orlando, FL, November 11-13, 2000

Participate in committee meeting at the British Parliament at Westminster discussing the British
response to the Arson problem in the United Kingdom,  June 2000

Took part in the setting of over two hundred structure fires for training purposes.  The majority of
these fires were electronically instrumented in order to gather data on temperature and fire
development

## Lecturer/Instructor

International Association of Arson Investigators, Ontario Chapter, Hamilton, Ontario, Canada,
March 1992

Federal Law Enforcement Training Center,  Advanced Cause and Origin/Court Techniques,  Two
week course Glynco, Georgia, June 1992  through the present,  two courses per year

International Association of Arson Investigators, Ohio Chapter, January 1993

Advanced Origin & Cause   Ohio State Fire Marshals School, January 1993

Explosives Recognition and Origin & Cause, Chicago Division of ATF, February 1993

University of Illinois,  Seminar on International Criminal Justice, March 1993

Explosives / Incendiary Devices   Chicago Crime Commission, March 1993

Myths and Legends of Fire Investigation   American Bar Association Convention New Orleans, LA
March 1993

Two day Seminar on Explosive / Incendiary Devices, Illinois Chapter, IAAI, May 1993

One Day Seminar for Police in Metropolitan Enforcement Group, Explosives and Incendiary Devices
June 1993

Explosive / Incendiary Devices, Illinois Crime Prevention Officers Association, Highland Park, IL
July 1993

Advanced Origin & Cause, Ohio Arson School, August 1993

Explosives / Incendiary Devices, International Motorcycle Gang Investigators Conference,
September 1993

John E. Malooly

Explosives / Incendiary Devices, Northern Illinois Prosecutors, October 1993

Explosives / Incendiary Device Class, Northeast Illinois Multi-Regional Police Training Board February 1994

Advance Origin & Cause, Duneland Fire School, Indiana, March 1994

Advanced Origin & Cause, Central Illinois Valley Fireman's' Association, March 1994

ATF Fire / Explosives Course, ATF Chicago Division Agents  Four day class, May 1994

Explosives / Incendiary Device Recognition, Organized Crime Drug Enforcement Task Force Lake Geneva, WI, May 1994

Two Day Course on Explosive / Incendiary Devices, Illinois Chapter, IAAI, July 1994

Advanced Origin & Cause, Illinois IAAI Training Conference  Urbana, IL, September 1994

Advanced Arson / Explosives Class for ATF Agents  Federal Law Enforcement Training Center Glynco, GA, October 1994

Myths and Legends of Fire Investigation, Connecticut Chapter, IAAI, Hartford, CT, October 1994

Myths and Legends of Fire Investigation, Minnesota Chapter, IAAI, Minneapolis, MN, December 1994

Advanced Arson / Explosives Class for ATF Agents - Five Days, Federal Law Enforcement Training Center,  Glynco, GA, January, 1995

Advanced Origin & Cause, Harvey Arson Seminar, Harvey, IL, February, 1995

Advanced Origin & Cause,  Massachusetts Chapter, IAAI, Boston, MA, March 1995

Advanced Origin & Cause, Indiana Fire School, March 1995

Explosives / Incendiary Device, United Airlines, Chicago, IL  March 1995

Myths and Legends of Fire Investigations, Fire Investigation Unit, Metropolitan Police Crime Laboratory, Scotland Yard and the London Fire Brigade Fire Investigation Team London, ENGLAND,  United Kingdom, April 1995

American Response to Fire and Arson Investigation   Arson Prevention Bureau of London London, ENGLAND, April 1995

Explosive / Incendiary Device Recognition  Chicago Office, Drug Enforcement Administration April 1995

John E. Malooly

Advanced Origin & Cause,  Connecticut State Fire Academy, May 1995

Building Failure Analysis Regarding the Oklahoma City Bombing,  ATF National Response Team Training,  Cincinnati, OH, May 1995

Building Failure Analysis Regarding the Oklahoma City Bombing,  ATF National Response Team Training,  Edison, NJ, June 1995

Explosives /Incendiary Devices Recognition School  Congressional Offices, Chicago, IL August 1995

Annual Training for ATF Field Office, Oklahoma City Bombing, Washington, D.C., September 1995

Advanced Origin & Cause   Illinois Chapter, IAAI, Champaign, IL   September 1995

Explosives / Incendiary Device   State Prosecutors' School, October 1995

Explosives Recognition and Advanced Origin and Cause, University of Illinois Fire Service Institute Galesburg, Illinois, October, 1995

Advanced Origin & Cause, Idaho Chapter, IAAI, Post Falls, ID, November 1995

Explosives Recognition and Advanced Origin and Cause, University of Illinois Fire Service Institute Algonquin, Illinois, October 1995

Advanced Origin & Cause, Oak Lawn Fire Department, November 1995

Explosives and Fire Scene Photography, Polaroid School of Law Enforcement Imaging, December 1995

Explosives / Incendiary Device, Illinois Safe Deposit Association, January 1996

Advanced Origin & Cause, Indiana Fire School,  Chesterton, IN  March 1996

MABAS 10 (Mutual Aid Box Alarm System), Explosives Recognition and Fire Investigation, Brookfield Fire Department, January 1997

Advanced Origin & Cause, Central Illinois Fire Investigators Conference, Peoria, Illinois, March 1997

University Of Illinois, Fire Service Institute, Fire and Arson Investigation Course, Urbana, Illinois March 1997

Federal Law Enforcement Training Center, Arson Investigation Course, Glynco, Georgia, March 1997

John E. Malooly

MABAS 10 Fire Investigation Course with full scale burns, Westmont IL, April 1997

Myths and Legends of Fire Investigators, Illinois Advisory Committee for Arson Prevention, Des Plaines IL, April 1997

Advanced Origin and Cause/Court Testimony-2 weeks,  Federal Law Enforcement Training Center Glynco GA, June 1997

International Conference of the Forensic Science Society, Harrogate, North Yorkshire ENGLAND July 1997

Anglo/American Fire Investigation Conference, Brunel University Uxbridge, London, ENGLAND July 1997

Advanced Origin and Cause/Courtroom Testimony, Federal Law Enforcement Training Center Glynco GA, September 1997

Explosives Recognition and Advanced Origin and Cause, University of Illinois Fire Service Institute at the Chicago Police Academy, Chicago IL, October 1997

International Seminar on Fire Research for Fire Investigation, Baltimore MD, November 1997

MABAS 12, Explosives Recognition and Advanced Origin and Cause Investigation, Addison IL November 1997

Advanced Fire Investigation (4 live burns), Lisle IL, December 1997

Explosives Recognition and Fire Investigation, Palatine Rural Fire Department , Palatine IL February 1998

Explosives Recognition and Advanced Origin and Cause Investigation, University of Illinois, Fire Service Institute, March 1998

Explosives Recognition and Fire Investigation, Kane County Fire Investigators, Elburn IL April 1998

Explosives Recognition and Advanced Origin and Cause Investigation, University of Illinois, Fire Service Institute, April 1998

Origin and Cause Investigation (4 live room burns), Local Fire Investigators, Lombard IL April 1998

Building Construction for the Fire Service, Wisconsin State Chapter of the Illinois Association of Arson Investigators (IAAI),  Wausau, WI, June 1998

Advanced Origin and Cause/Court Testimony, Federal Law Enforcement Training Center

John E. Malooly

Glynco, GA, June 1998, one week

Investigating the Major Incident - The Oklahoma City Bombing, Fire Investigators and Police in the Derby area, Derbyshire University, Derby, ENGLAND, June 1998

Combustion Explosions and Deflagrations, Anglo/American Fire Investigation Conference Brunel University, Uxbridge, London, ENGLAND, June 1998

Investigating the Major Incident - The Oklahoma City Bombing, Fire Investigators and Police at The Anglo/American Fire Investigation Conference, Brunel University, Uxbridge, London, ENGLAND June 1998

Advanced Origin and Cause/Courtroom Testimony Course, Federal Law Enforcement Training Center, Glynco, GA, September 1998, one week

Explosives Recognition/Advanced Origin and Cause, University of Illinois Fire Service Institute, Champaign IL, October 1998

Secondary Device Training, Illinois Multi Regional Law Enforcement Training Board, Rock Island, Springfield, & Urbana, IL, October 1998, 4 days

Explosives Recognition and Bomb Threat Management, Corporate Security Managers - Sears Tower Chicago, IL, October 1998

Building Construction for Fire Investigators and Myths and Legends of Fire Investigation, Combined North and South Carolina Chapters, International Association of Arson Investigators (IAAI) Myrtle Beach, SC, October 1998

Advanced Origin and Cause/Courtroom Testimony, Federal Law Enforcement Training Center Glynco, GA, December 1998

Advanced Origin and Cause Investigation, Central Illinois Fire Investigators Conference Peoria, Illinois, March, 1999, two days

Explosives Recognition and Advanced Origin and Cause, University of Illinois, Fire Service Institute Urbana, Illinois, March, 1999, one day

Explosives Recognition and Advanced Origin and Cause, University of Illinois, Fire Service Institute Harvey, Illinois, April, 1999, one day

Explosives Recognition and Fire Investigation, for State and local investigators in Kane, County, IL April, 1999, one day

Fire Scene Investigation, for Illinois State Police, Crime Scene Technicians, Springfield, IL May, 1999, four days

John E. Malooly

Fire Investigation class with three full scale room fires, for state and local investigators, Ottawa, IL June, 1999, three days

Advanced Fire Investigation for members of Fire Brigades and Constabularies, Derbyshire, ENGLAND
June, 1999, one day

Fire Investigation Lectures at The Anglo-American Fire Investigation Conference, Brunel University, Uxbridge, ENGLAND, June and July, 1999, three days

Advanced Origin and Cause for State and local officers, Federal Law Enforcement Training Center, Glynco, GA, July 1999, two weeks

ATF Arson for Prosecutors Class, State and Federal Prosecutors, Joliet Junior College, Joliet, IL August, 1999, two days

Explosives Recognition Class, International Outlaw Motorcycle Gang Investigators Association conference, San Diego, CA, September, 1999, one day

Explosives Recognition Class, Quincy Fire Department, Quincy, IL
September, 1999 one day

Explosives Recognition and Secondary Device Awareness Class, State and local investigators, National Guard Armory, Moline, IL, October, 1999, one day

Explosives Recognition and Advanced Origin and Cause, State and local investigators, University of Illinois, Fire Service Institute, October, 1999, one day

Advanced Origin and Cause class for the Niles, North Maine, and Morton Grove Fire Departments Niles, Illinois, January 4, 2000

Myths and Legends of Fire Investigation, Kansas Chapter of the International Association of Arson Investigators, Topeka, Kansas, February 1, 2000

Advanced Fire Investigation, DuPage County Fire Investigation Task Force, February 23, 2000

Explosives Recognition and Advanced Fire Investigation, University of Illinois, Fire Service Institute, March 24, 2000

Explosives Recognition and Letter and Parcel Bomb Recognition, ATF Special Agents, Inspectors, and support staff at Chicago Division Office, April 10, 2000

Explosives Recognition and Advanced Fire Investigation, University of Illinois Fire Service Institute Westmont, Illinois, April 14, 2000

Conduct class and full scale, instrumented, room burns for Congressional Staff, Washington, DC,

John E. Malooly

April 23-24, 2000

Advanced Origin and Cause Class for Police and Fire Officers from the United Kingdom, Wethersfield, Essex, ENGLAND  May 24 to June 9, 2000

Lecture regarding the United States response to the fire investigation problem, Ministry of Defense Base at Wethersfield, Essex, ENGLAND,  June 12, 2000

Conduct full scale, instrumented, house burns and training for fire investigators from the DuPage County Fire Investigation Task Force,  Warrenville, IL, June 23, 2000

Teach at ATF Post Blast Investigation School for state and local investigators, Peoria, Illinois, June 26-30, 2000

Advanced Origin and Cause Investigation for State and Local officers, Federal Law Enforcement Training Center, Glynco, Georgia, September 10-22, 2000

Secondary Device Training for State and Local Officers, Peoria and Danville, Illinois, September 25-28, 2000

Explosives Recognition and Advanced Origin and Cause Investigation,  University of Illinois, Fire Service Institute,  Fox Lake, Illinois, September 29, 2000

Explosives Recognition and Bomb Scene Investigation for State and Local officers Monmouth, Illinois, October 17-18, 2000

Explosives Recognition and Advanced Origin and Cause Investigation,  University of Illinois,  Fire Service Institute,  Carpentersville, Illinois, October 27, 2000

Present Lecture on Fire Investigation and Training to the General Session of The Arson Control Forum,  London, ENGLAND, March 8,2001

Advanced Origin and Cause to Du Page County Fire Investigation Task Force March 15-16, 2001

Explosives Recognition and Bomb Scene Investigation for State and Local officers, Monmouth IL April 17, 2001

Advanced Fire Investigation Course and conduct live burn training with thermocouple instrumentation  Whethersfield, Essex, ENGLAND April 23 – May 11, 2001

Attend meeting of The Training Subgroup of The Home Office Arson Control Forum, London, ENGLAND,  April 25, 2001

Advanced Origin and Cause Investigation for State and Local officers, Federal Law Enforcement Training Center, Glynco, Georgia, May 29-June 5, 2001

John E. Malooly

Myths and Legends of Fire Investigation Advance Origin and Cause and assist with Electrical Fire Investigation class, Du Page County, Illinois,  June 18-22, 2001

Present Lectures at The Anglo-American Fire investigation conference at Brunel University, London, ENGLAND,  June 25-29, 2001

Advanced Fire Investigation class for State and Local Fire Investigators Great Lakes Naval Base,  North Lake, Illinois    August 27-31, 2001

Advanced Origin and Cause courtroom testimony class, Glynco, Georgia  September 10, 2001

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon for University of Illinois Fire Service Institute Carpentersville IL September 28, 2001

Teaching Building Construction, Building Failure.  NRT Training Newport RI
October 17, 2001

Secondary Device Training for First Responders , Mattoon, IL October 9-10, 2001, Kankakee, IL October 11-12, 2001

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon for University of Illinois Fire Service Institute  Elk Grove IL October 19, 2001

ATF New CFI class  Frederick MD  October 22-26, 2001

Building Construction, Building Failure.  NRT Training October 29-November 2, 2001

Present at American Society for Industrial Security (ASIS) Conference on Global Terrorism, Washington, DC    March 5 – 7, 2002

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon for University of Illinois Fire Service Institute  Urbana, IL  March 29, 2002

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon, for University of Illinois, Fire Service Institute, Northfield, IL     April 19, 2002

Advanced Origin and Cause class in Honolulu, Hawaii,  April 28 – May 4, 2002

Anglo American Fire investigation conference at Brunel University June 24 – 28, 2002

Advanced Origin and Cause/ Courtroom Testimony Class at FLETC  Glynco, GA July 15 – 26, 2002

Advanced Origin and Cause, Fuel Air Explosion Phenomenon  IAAI Chapter Training Conference, Fargo, ND  August 21, 2002

Advanced Origin and Cause Investigation for State and Local officers, Federal Law Enforcement

John E. Malooly

Training Center, Glynco, Georgia, September 9-20, 2002

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon, for University of Illinois, Fire Service Institute  Naperville IL  November 14, 2002

Advanced Origin and Cause Investigation for State and Local officers, Federal Law Enforcement Training Center, Glynco, Georgia, January 6 –17, 2003

American Academy of Forensic Science Annual Meeting, Origin and Cause presentation, February 21, 2003

Explosives Recognition and Bomb Scene Investigation for State and Local officers, Orland Park, IL February 27, 2003

ATF New CFI class  Frederick MD  April 7 – 11, 2003

Explosives Recognition, Improvised Explosive Devices,  Post Blast Crime Scene Investigation and Explosives Range Practical Exercise for The Romanian Intelligence Service Bomb Squads and the Romanian National Police Bomb Squads, Bucharest, ROMANIA  May 5 – 16, 2003

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon for University of Illinois Fire Service Institute, Westchester, IL May 19, 2003

Explosives Recognition and Bomb Scene Investigation for State and Local officers, Rockford, IL May 20-23, 2003

## EDUCATION

Bachelor of Arts, cum laude
Administration of Criminal Justice
University of Illinois, Chicago
December, 1971

Fire Causes and Arson Investigation
3 semester hours, Fall 1986
Chicago City College

Building Construction for the Fire Service
3 semester hours, Spring 1987
Chicago City College

Fire Fighting Apparatus and Procedures
3 semester hours, Fall 1987
Chicago City College

Introduction to Fire Science

John E. Malooly

3 semester hours, Spring 1988
Chicago City College

Emergency Medical Technician Course
College of DuPage
Ten semester hours
Fall, 1993

Fire Dynamics Course
University of Maryland
Three Semester hours
Winter / Spring 1995

## TRAINING

Basic Police Training, May-June, 1972, Chicago Police Academy

Criminal Investigator's School, Consolidated Federal Law Enforcement Training Center
October 18 - December 12, 1974   Washington, D.C.

Basic Special Agent School, Bureau of Alcohol, Tobacco and Firearms
April - May, 1975   Sacramento, California

Advanced Explosives Investigation School, Bureau of Alcohol, Tobacco and Firearms
Federal Law Enforcement Training Center (FLETC),  June 14-18, 1976  Glynco, Georgia

Explosives Instructor Certification, Bureau of Alcohol, Tobacco and Firearms
Kansas City, Missouri  August 18, 1976

Destruction of Explosives Course, Bureau of ATF  FLETC   March, 1978  Glynco, Georgia

Arson Investigation Training #1, Bureau of ATF  FLETC   April, 1978, Glynco, Georgia

Explosives Handler Course, Certificate of Training, Bureau of ATF  FLETC   June 12-16, 1978
Glynco, Georgia

Missouri Seminar for Bomb Technicians, University of Missouri – Columbia, September 18-20, 1978

Tenth International Training Conference, International Association of Bomb Technicians and
Investigators, (IABTI)   36 hours   June, 1982, Bloomington, Minnesota

Fire and Arson Investigation, Federal Emergency Management Agency, National Fire Academy
40 hours    September, 1982, Emmitsburg, Maryland

Arson Investigation, Modules I and II, Fire Service Institute  May 2-13, 1983, University of Illinois -

John E. Malooly

Champaign

Military Demolitions and Explosives Disposal 51st Ordnance Detachment, Department of the Army
May 24-25, 1983, Fort McCoy, Wisconsin

Arson Investigation, Module III, Fire Service Institute   June 13-17, 1983, University of Illinois -
Champaign

Advanced Explosives Technology, Bombing and Terrorism, 20 hours, IABTI, North Aurora, Illinois

Explosives Scene Investigation Course, Bureau of ATF  February 28 - March 1, 1984, Fort McCoy,
Wisconsin

Explosive Ordnance Reconnaissance Agent Course, Department of the Army  May 29-30, 1985
Fort McCoy, Wisconsin

The Related Sciences of Fire Investigation Seminar, R. Schwarz and Associates, Ltd. and The
Glenbrook Fire District, September 23-27, 1985, Northbrook, Illinois

Advanced Explosive Technology, Bombing and Terrorism Trends, IABTI  October, 1985
Fort McCoy, Wisconsin

Hazardous Materials Emergency Management, ROCO Training Specialists, Inc.  March 19-20, 1986
Chicago, Illinois

The Related Sciences of Fire Investigation Seminar 1986, R. Schwarz and Associates, Ltd. and the
Glenbrook Fire District, September 22-26, 1986, Northbrook, Illinois

Arson Training Course, Illinois Advisory Committee on Arson Prevention and
The Illinois State Fire Marshall, October 15-16, 1986, Justice, Illinois

Advanced Explosive Technology, Bombing and Terrorism Trends, 20 hour course  October 29, 1986
 IABTI, Matteson, Illinois

Structure Burning Drills, March, 1987, Mount Prospect, Illinois,  Fire Department

Improvised Explosive Devices,  Naval School Explosive Ordnance Disposal, March-April, 1987
Indianhead, Maryland

Vehicle Burn Seminar, R. Schwarz and Associates, Ltd. and Bureau of ATF  May 19-22, 1987
Glenview, Illinois

Pro/Am Arson Invitational In-Field Program, Illinois Advisory Committee on Arson Prevention and
The Illinois Office of the State Fire Marshal, October 20 and 24, 1987, Marseilles, Illinois

Advanced Explosive Technology, Bombing and Terrorism, 30 hours  IABTI  October, 1987

John E. Malooly

St. Louis, Missouri

Fire Fighter II Bypass Exam, Scored 96%   December 12, 1987, Illinois State Fire Marshall
Chicago, Illinois

Advanced Fire Technology, Bureau of ATF, Academy of Fire Science, 100 hours, January , 1988
Montour Falls, New York

Advanced Fire Technology Training Course, Bureau of Alcohol, Tobacco and Firearms
Lessburg, VA  60 hours, November, 1988

Advanced Fire and Explosives Training Seminar, Jefferson Parish Sheriff's Department and Bureau
of ATF, New Orleans, Louisiana - 40 hours, April, 1990

Advanced Origin and Cause of Fire Seminar, sponsored by the Illinois Advisory Committee on Arson
Prevention, at Argonne National Laboratory, May, 1990 - 40 hours

Explosives Specialist Certification Course Federal Law Enforcement Training Center, Glynco,
Georgia  August 1990   2 weeks

Forensic Pathology:  The Investigation of Violent Death, Michigan State University, School of
Criminal Justice, September, 1991  40 hours

Advanced Origin and Cause Training Seminar sponsored by the Illinois Advisory Committee on
Arson Prevention,  March, 1991   40 hours

Bureau of Alcohol, Tobacco and Firearms, Advanced Explosives Re-certification Program
Fort McCoy, Wisconsin, June, 1991

Federal Law Enforcement Training Center, Advanced Cause and Origin/Court, Techniques - Glynco,
Georgia  June 1992

Bureau of Alcohol, Tobacco and Firearms, Advanced Explosives Re-certification Program
Ft. Leonard Wood, MO  - September 1992

Central Cook - DuPage Mutual Aid Association Fire Cause and Origin Team, Advanced Fire
Investigation, November 4, 5, 6, 1992

ATF Certified Fire Investigator Re-certification Course, Eighty hours, Fire Dynamics
University of Maryland,  College Park, June 1993

Advanced Origin & Cause Investigation, Illinois Advisory Committee on Arson Prevention
July 1993  Three days

Advanced Origin & Cause Seminar, Three days, MABAS 10 Cause & Origin Team
February 1994

John E. Malooly

ATF Certified Fire Investigator Re-certification Course, Analytical Fire Scene Reconstruction
Full Scale Burn Exercises, June 1-10, 1994

ATF Explosive Specialist Re-certification Course, Three days, Rapid City, South Dakota
August 1994

Fire Death Investigation Seminar, Fire Investigators Strike Force / Cook County Medical Examiner
Lutheran General Hospital, Park Ridge, IL, October 1994

Origin & Cause Seminar, MABAS 10 (Mutual Aid Box Alarm System), Chicago, IL
March 1995

ATF Certified Fire Investigator Re-certification Course, Forty hours, Dynamics of Building Fires
University of Maryland,  College Park, June 1995

National Response Team Hazardous Material Incident Response Operations Training Course
U. S. Environmental Protection Agency, Cincinnati, OH, July 1995

Bureau of ATF, Forensic Mapping School, Glynco, GA, April 1997

Bureau of ATF, Seminar on Operation of Temperature Measurement Equipment
Maryland, June 1997 16 hours

International Conference of the Forensic Science Society, North Yorkshire, ENGLAND
July 1997

Anglo/American Fire Investigators Conference, 2 days, Brunel University, Uxbridge, ENGLAND
July 1997

ATF Certified Fire Investigator Re-certification Course-40 hours, Albuquerque, NM, August 1997

Bureau of ATF,  National Response Team Training, Collinsville, IL, September 1997   40 hours

International Seminar on Fire Research for Fire Investigators, Baltimore, MD, November 1997

Bureau of ATF, Explosives Specialist Re-certification, Ft McClellan, AL, December 1997  1 week

Fire Investigator Strike Force, Advanced Fire Investigation, Chicago Fire Academy
January 1998   8 hours

ATF Certified Fire Investigator Re-certification, Portland, Oregon, May 1998  24 hours

International Association of Arson Investigators, Annual Training Conference, Portland, Oregon
May 1998  40 hours

John E. Malooly

Anglo/American Fire Investigation Conference, Brunel University, Uxbridge, London, ENGLAND July 1998, 3 days

Bureau of ATF, National Response Team Training, Lombard, Illinois, July 1998, 4 days

University of Maryland, Dept. of Fire Protection Engineering, Dynamics of Building Fires College Park, MD, August 1998, 2 weeks

University of Edinburgh, Fire Scene and Fire Investigation Course, Took the Membership Exam in Fire Investigation of the Institution of Fire Engineers, Edinburgh, Scotland, September 1998, 1 week

ATF Certified Fire Investigator Annual Re-certification, Kinston, North Carolina, March 15-24, 1999

Fire Investigators Strike Force Training Seminar, Norridge, IL, April 14, 1999

National Fire Protection Association Annual Conference, attend one day New Orleans, LA, November 16, 1999

ATF National Response Team in Service Training, Dallas, Texas, February 14-18, 2000

ATF Certified Fire Investigator Annual Re-certification, Kinston, North Carolina, February 28-March 10, 2000

International Association of Bomb Technicians and Investigators Region III Training Seminar Cedar Rapids, Iowa, October 2-5, 2000

National Fire Protection Association (NFPA) Fall General Meeting and Training Conference Orlando, Florida, November 12-15, 2000

ATF National Response Team Inservice Training, Austin Texas, December 11-15, 2000

Attendance at ATF CFI Training Class, Fredrick, MD, to assist in teaching class in lieu of the regular recertification, which I missed due to a Federal arson trial. October 22 through October 26, 2001

ATF National Response Team annual recertification Oklahoma City, OK October 29 - November 2, 2001

Terrorism Conference: University of Illinois-Chicago, Center for Criminal Justice, Chicago, IL January 11, 2002

Bureau of ATF, Explosives Specialist Re-certification Memphis, TN March 19-22, 2003

ATF CFI Recertification Training Class, Williamsburg, VA, August 5-16, 2002

Advanced Fire investigation for the IAAI, Fargo, ND August 20-22, 2002

John E. Malooly

Advanced Origin and Cause/Courtroom Testimony Class at FLETC    September 8 –20, 2002

Advanced Origin and Cause, Explosives Recognition, Fuel Air Explosion Phenomenon for University of Illinois Fire Service Institute, Naperville,  IL  November 14, 2002

ATF National Response Team annual recertification  Fairfax, VA December  3-6, 2002

Bureau of ATF, Explosives Specialist Re-certification  March 2 – 7, 2003

ATF Certified Fire Investigator Annual Re-certification, College Park, MD July 21-25, 2003


## AWARDS / HONORS

Cum Laude Graduate
Bachelor of Arts Administration of Criminal Justice
University of Illinois, Chicago 1971

Highest Scholastic Average
Criminal Investigators School
Consolidated Federal Law Enforcement Training School
Washington, DC   1974

Special Achievement Award for work on the National Response Team
United States Department of the Treasury  1982

Certificate of Appreciation, Bureau of Alcohol, Tobacco and Firearms
For valuable assistance in conducting explosives/incendiary devices training courses at the Federal Law Enforcement Training Center

Highest Scholastic Average, ATF Advanced Fire Technology Course, State of New York Academy of Fire Science, Bureau of Alcohol, Tobacco and Firearms 1987

Special Achievement Award,  Bureau of Alcohol, Tobacco and Firearms
May 1989

Performance Award,  Bureau of Alcohol, Tobacco and Firearms
June 1989

Finalist, Outstanding Law Enforcement Employee
Federal Executive Board - Chicago 1990

Special Achievement Award / Quality Pay Increase For Work Involving Arson and Explosive Investigations, Department of the Treasury, Bureau of Alcohol, Tobacco & Firearms, 1993

Certificate of Appreciation,  U.S. Department of Justice,  U.S. Attorney's Office for the District of

John E. Malooly

Columbia, for assistance with the development of an Arson Task Force in Washington, D.C.
June 1998

High Quality Pay Increase, Bureau of Alcohol, Tobacco and Firearms, For work as an ATF CFI and for conducting international training in fire investigations
August 1998

Special Act or Service Award, Bureau of Alcohol, Tobacco and Firearms, For work with the ATF National Response Team in conducting fire and explosion investigations
August 1998

The "Hammer Award" from Vice President Al Gore and the National Partnership for Reinventing Government, For my role as one of the developers of the InterFIRE Virtual Reality CD-Rom for fire investigation, which has been distributed all over the U.S. and in Europe
December 2000

Runner-up, ATF Law Enforcement Employee of the Year, 2001, for work on the John Veysey arson prosecution, Chicago, Illinois
June 2002

## PROFESSIONAL MEMBERSHIPS

International Association of Bomb Technicians and Investigators

Illinois Police Association

International Association of Arson Investigators

Illinois Chapter, International Association of Arson Investigators

The Great Lakes Bomb Technicians Association

The Institution of Fire Engineers, United Kingdom

National Fire Protection Association

## LICENSES AND CERTIFICATIONS

Bureau of Alcohol, Tobacco and Firearms, Certified Explosives Instructor, Certificate #67

Certified Arson Investigator, Illinois State Fire Marshall's Office

Bureau of Alcohol, Tobacco, and Firearms, Certified Fire Investigator #01-12

Bureau of ATF, Certified Explosives Specialist #90-11

John E. Malooly

**Gabriel L. Grchan, Special Agent**
**Internal Revenue Service, Criminal Investigation Division**
**69 West Washington, Suite 400**
**Chicago, Illinois  60602**

**Education**

Bachelor of Business, July, 1994
Western Illinois University
Macomb, Illinois

Certified Public Accountant
Successfully passed exam in February 1995

Criminal Investigators Basic Training Program, January, 1996
Federal Law Enforcement Training Center
Glynco, Georgia

Special Agent Basic Training Program, May 1996
Federal Law Enforcement Training Center
Glynco, Georgia

**Experience**

Special Agent, Internal Revenue Service, Criminal Investigation Division
Davenport, Iowa from September 1995 through June 2004

Supervisory Special Agent, Internal Revenue Service, Criminal Investigation Division
Chicago, Illinois from June 2004 through the present

**Specific Case Experience**

Throughout my career I have been involved in a wide variety of cases.  I have worked
on investigations dealing with tax fraud.  These cases involve the investigations of
criminal tax evasion and failure to file Federal income taxes.  I have also been involved
in narcotic investigations and investigations of criminal organizations.  These cases
primarily involve the investigation of money laundering and Racketeering violations.

I have specifically been involved in the investigation of three Outlaw Motorcycle Gangs.
 Through these investigations, I have gained knowledge of the financial structure of
these gangs.  I have specific knowledge of how these organizations generally collect
dues and other income and how they disburse this income.

## "C V"

Special Agent Mark E. Bartholomew,
Bureau of Alcohol, Tobacco and Firearms,

Since August of 1987, I have been employed by the Bureau of Alcohol,
Tobacco and Firearms, Chicago Field Division. I have been involved in
numerous investigations relating to firearms crimes. In conjunction with
these duties, I have been involved with the identification, origin, marking,
and history of firearms.

Since 1987, I have received specialized training relative to firearms,
which includes two months in Criminal Investigator School and two
months in New Agent Training at the Federal Law Enforcement Training
Center, Glynco, Georgia.

Two and one half weeks of New Agent Training was devoted to the study
of the Federal firearms laws. As part of this block of instruction, I
studied the interstate nexus of firearms. This included what constituted
interstate nexus of a firearm and how it pertained to the Federal firearms
laws.

In addition to the above-mentioned training, I attended Interstate
Firearms Nexus School in February 1989 and Advanced Firearms Nexus
School in March 1997. At the Interstate Firearms Nexus School, I had
the opportunity to examine over 4,500 firearms of various manufacturers
and countries of origin. At the Advanced Firearms Nexus School, I toured
and studied the manufacturing methods of 4 major firearms
manufacturers. The Bureau of Alcohol, Tobacco and Firearms presented
these schools at Bureau Headquarters, Washington, DC.

Since March 1989, I have prepared over 200 written reports providing my
opinion regarding the interstate nexus of firearms. I have been accepted
and testified as firearm nexus expert witness in both federal and state
courts.

Prior to my employment with ATF, I was an uniformed patrolman for six
years at two City Departments. The first was Tuscola, Illinois, Police
Department, and the second was Champaign, Illinois, Police Department.
During this time, I came in contact with numerous firearms used in the
commission of crimes.

-2-

I have also served as a firearms instructor since 1982. I have attended 3, 1-week firearms instructor training courses at the Police Training Institute, University of Illinois, Champaign, Illinois. During my tenure as a Firearms Instructor, I have acted as the Range Master for the Tuscola, Illinois, Police Department, as an Associate Instructor with the Illinois Local Law Enforcement Officers' Governmental Training Board and as Certified Firearms Instructor for the Bureau of Alcohol, Tobacco and Firearms.

I have had a lifetime involvement with firearms through the sports of hunting and competitive shooting. At the age of 10 years, I took the NRA Firearms Safety Course and the Illinois Department of Conservation Hunter Safety course.

Since 1973, I have been a competitive trap and skeet shooter and became an Amateur Trap Shooting Association member in 1977. I have fired in Police Combat Competitions since 1981. During this time, I have fired, examined and handled hundreds of rifles, shotguns and handguns of all makes, types and models.

Mark E. Bartholomew
ATF Special Agent

**Curriculum Vitae**

Lieutenant Jeff Patterson
Illinois State Police
Zone 2 MEG/Task Force

**Education**
- I have a Bachelor of Science degree in Law Enforcement from Western Illinois University

- I have attended numerous motorcycle gang conferences and training seminars held throughout the country and in Canada

**Employment**
- I have been employed by the Illinois State Police for twenty years. (Fifteen years have been in Investigations, primarily of Narcotics)

- My current assignment is Lieutenant in charge of all Task Forces and MEG units in Zone 2, which includes twelve counties in Illinois, two counties in Iowa, and three counties in Wisconsin

- I have worked on bikers' cases most of my career but the main emphasis has been from 1991 to 2000

- I have instructed cadets and agents at the Illinois State Police Academy since 1996 about Motorcycle Gangs

- I was the guest speaker reference Motorcycle Gangs at the following:

   1998 Midwest Gang Investigators Association Conference in Dubuque, Iowa
   1996, 1997, 1998 VMEG Motorcycle Gang Conference in Danville, Illinois
   1999 ATF Street Gang and Violent Crime Seminar in Louisville, Kentucky

- I have testified numerous times in Federal Court and before Federal Grand Juries

**Awards**
- In 1992, 1993, 1994 I received the Illinois MEG/TF Directors Association Award for my work with motorcycle gangs

- I received the Illinois State Police Medal of Achievement for "Operation Ironhorse", a six-year RICO investigation (commenced in 1995) of the Grim Reaper and Outlaw Motorcycle gangs in Illinois, Iowa, Indiana, Kentucky, and Tennessee

- In 1997, I received and Illinois State Police department commendation for my work with motorcycle gangs

- In 1999, I received the "Investigation of the Year Award for the United States" from the International Outlaw Motorcycle Gang Investigators Association in San Diego, California

- In 2000, I received a United States Department of Justice commendation for my work with motorcycle gangs

## JOSEPH A. SLATALLA - *PROFESSIONAL QUALIFICATIONS*

### *Education and Training*

- Bachelor of Arts, Criminal Justice, Michigan State University, 1988 [Dean's List 11 of 12 quarters];
- U.S. Treasury 8-week [320 hrs] Criminal Investigators School, Federal Law Enforcement Training Center, Glynco, Georgia, 1988;
- ATF 8-week [320 hrs] New Agent Training School, Federal law Enforcement Training Center, Glynco, Georgia, 1989;
- Detroit Police Department 3-week [120 hrs] Narcotic Identification and Undercover School, December 1990;
- Michigan State Police eight [8] hour block of instruction in latent fingerprint preservation and lifting techniques, 1991;
- East Valley Gang Investigators Seminar 1-week [40 hrs] accredited, Mesa, Arizona in January 1994;
- U.S. Treasury 1-week [40 hrs] Firearms Instructor Certification, Federal Law Enforcement Training Center, Glynco, Georgia, 1994;
- Firearms Armorer certifications: Colt M-16/AR-15 [1994], and Sig-Sauer [1996].
- California/ Southwest Border Gang Investigators Seminar 1-week [40 hrs] accredited, Anaheim, California, July 1996;
- MAGLOCEN Gang Investigators Seminar 1-week [40 hours] accredited, Baltimore, Maryland, July 1998;
- Practical Homicide Investigator's Seminar 3-day [24 hours] accredited, Public Agency for Training Council, Denver, Colorado, August 1998;
- Basic Interview Techniques 3-day [24 hours] seminar, John E. Reid & Associates, Las Vegas, Nevada, September 1998;
- Supervising in ATF, ATF Headquarters First Line Supervisors' Seminar, Washington, D.C., October 2000.

### *Professional Experience*

- Personally made approximately 70-80 undercover hand-to-hand firearm and drug purchases from suspects, including shotguns, rifles, handguns, heroin, cocaine, crack cocaine, marijuana, methamphetamine and valium, as well as attempted firearm and drug purchases in approximately 30 more undercover meetings, all of which included use of electronic monitoring and interception techniques;
- Physical surveillance of approximately 500 meetings of other undercover agents/officers' attempts at drug and firearms purchases, which included use of electronic interception techniques;
- Authored and assisted in the authoring of approximately 160 Federal and State search warrants for firearms and narcotics;
- Assisted in the execution of approximately 450 Federal and State search warrants for firearms, narcotics and other evidentiary items;
- Authored ten [10] Federal DOJ/District Court-approved Title III Wire Interception Affidavits in four [4] investigations;
- Assisted in authoring twelve [12] Federal DOJ/District Court-approved Title III Wire Interception Affidavits in four [4] additional investigations;
- Assisted as a monitor and surveillance agent and/or supervisor in four [4] other Federal firearms/narcotics investigations which utilized Title III Wire Interceptions as an investigative technique [10 total additional wires];
- Prepared and reviewed approximately 900 telephonic interceptions/tape recordings for transcript purposes from Title III and jail call interceptions;
- Prepared and reviewed approximately 400 consensually tape recorded conversations between undercover officers and agents and suspects;
- Assisted in and made seizures of various narcotics, including heroin, cocaine, crack cocaine, marijuana, methamphetamine, ecstasy, and prescription drugs including valium, Oxycontin, Percocet, Xanax, and others, and am familiar with the appearance of and the effects on persons of these drugs;
- Conducted and assisted in hundreds of Federal and state investigations including complex investigations into alleged firearms and narcotics violations, including illegal firearms possession and use, illegal narcotics trafficking and possession, RICO, conspiracy, murder and murder-for-hire, home invasions, assaults, drive-by shootings, rape, witness intimidation, public corruption and numerous crimes of violence;
- Testified on dozens of occasions in Federal and state court before grand juries, at preliminary hearings, detention/bond hearings, motion hearings and trial[s];
- Developed and supervised dozens of informants, cooperating witnesses and cooperating defendants during these criminal investigations;
- Assigned as the Group Supervisor of the Miami Group III [Intelligence] Field Office from June to August 2000, and the Miami Group I Field Office from August 2000 through November 2001. Supervised and managed over 100 investigations of armed drug trafficking violations, firearms trafficking, armed robbery crews, gang conspiracies involving violent criminal activities and drug trafficking, murder-for-hire, targeted bombings, and prohibited firearm possessor crimes. Duties included:

  - Providing direction and training to employees in the areas of administrative document preparation and requirements, including memoranda, official correspondence and investigative reports.

  - Conducting routine and regular roll call training in the procedure and policy areas most affecting the daily administrative and investigative functions of the individual[s] and the group, including evidence processing, accountable property, agent cashier issues, confidential informants, financial expenditures, personnel issues, electronic surveillance applications and physical surveillance operations.

  - Responsibility for completing annual and mid-year evaluations, grade and step promotion documents, training recommendations and evaluations, overseeing and managing proper health insurance, SABA, PAL and HIP registrations and emergency contact files and preparing award recommendations.

- Developing databases containing tables to track and review the following areas: Investigative status and progress; Confidential informants; Agent Cashier expenditures and budget issues; Electronic surveillance authorizations and usage; Personal-issue property; Training assignments; Vehicle assignments and maintenance; OCDETF cases; Asset Forfeiture reimbursements; and Personnel timetables and evaluation/promotion status of all assigned investigative and administrative group personnel.

- Engaging in regular liaison contact and investigative meetings addressing: Agency resource allocations; Investigative and judicial jurisdiction concerns, policies and procedures; Interagency coordination of resources, operations, investigative priorities; and Wiretap operations, including coordination of manpower, resources and jurisdiction and investigative focus issues.

- Group Accomplishments:

  - Completion of over 155 tactical operations;
  - Investigative Expenditures in excess of $55,000 in Agent Cashier funds;
  - Registration and maintenance of over fifteen active confidential informants;
  - Completion of eight [8] referred investigations of prohibited firearms possessors, including seizures of firearms, currency and a 1992 Lexus vehicle;
  - Conducted and extensive sixty-day controlled informant undercover operation using over thirty-five electronically recorded meetings which resulted in the arrest and indictment of two defendants, the seizure of firearms, ammunition, approximately one pound of heroin, over 1000 ecstasy tablets, a residence valued in excess of $175,000 and a 1998 Jaguar vehicle;
  - Continued a year-long investigation of a bombing which occurred in September 1999 whereby agents traveled out of state to conduct witness interviews, conducted extensive coordination with the United States Attorney's Office, utilized three telephonic pen register devices, and maintained and relocated a material witness under CI registration and subsistence payments;
  - Completed four [4] separate reverse buy/bust operation attempts of illegal tobacco diversion suspects. These cases necessitated extensive liaison and education of our investigative personnel with Florida ABT agents, as well as the coordination in obtaining wholesaler-supplied "flash" master cases of cigarettes and commercial quality counterfeit tax stamps for use as undercover props;
  - Completed numerous undercover firearms and cocaine purchases from a purported illegal firearm trafficker and exporter and mid-level armed drug trafficker. The investigation culminated with the arrest and subsequent cooperation of the defendant, the seizure of firearms, narcotics and approximately $32,000 in currency, the identification of one large-scale illegal narcotics source, and the configuration of a storefront joint undercover operation with the Miami Dade Narcotics Bureau;
  - Conducted undercover and arrest operations of two [2] separate home invasion robbery crews, including the identification and successful surveillance of an extremely sophisticated counter-surveillance operation during one of these operations;
  - Completed a joint-agency undercover home invasion undercover investigation resulting in the successful arrest and prosecution of three defendants who were armed at the time of their arrest when they believed they were en-route to commit an armed home invasion robbery of a large quantity of cocaine. The case also resulted in the post-arrest confessions of two of the defendants, the seizure of firearms and related evidence and conviction of all three defendants; and
  - Completed a joint investigation with the Miami-Dade Narcotics Bureau resulting in the seizure of numerous firearms and two [2] silencers, over thirty [30] kilograms of cocaine, heroin, marijuana and ecstasy tablets and approximately $250,000 in currency.

### Instructor Experience

- Acted as a formal training agent for newly-hired and less experienced special agents in Detroit, Michigan and Phoenix, Arizona [1991 – 1999];
- Instructed at three [3] Complex Investigations Seminars in Phoenix, Tucson, and Albuquerque, relating to suspect identification, investigative techniques, courtroom presentation and case organization [1996];
- Assigned as the Firearms Instructor Coordinator, Phoenix Field Division, January 1994 through January 1997. Responsibilities included instruction of basic marksmanship skills and tactical training seminars for Field Office and S.R.T.-assigned special agents, as well as firearms, tactical weapons and use of force policies;
- Instructed at a three [3] week ATF Basic SRT School at Ft. McClellan, Alabama [1994];
- Presented a two-hour block of instruction pertaining to complex investigative techniques, at the ATF-sponsored Gang Conference in Louisville, Kentucky [1999];
- Instructed at ATF HQ Training Division's Advanced Agent Training [Complex Investigations] Seminar, for Title III Wiretap Operations, Phoenix, Arizona [2001];
- Instructed at ATF HQ Training Division's Advanced Agent Training [Complex Investigations] Seminar, for Title III Wiretap Operations, Informant Use and Control, Case Management, and Investigative Techniques, Orlando, Florida [2001].
- Instructed at ATF HQ Training Division's Advanced Agent Training [Complex Investigations] Seminar, for Title III Wiretap Operations, San Antonio, Texas [2002];

### Specialized Assignments

- Assigned to the Detroit Field Division and Phoenix Field Division SRT's August, 1992 through mid-1995. Acted as the training coordinator for the Phoenix Field Division SRT from mid-1994 through mid-1995;
- Assigned to Complex Investigations Seminar re-write workshop, ATF HQ TPD, September 2000;
- Assigned to Title III Investigations re-write workshop, ATF HQ TPD, February 2001;

- Assigned as Team Member for Office Reviews of ATF Toledo and Cleveland II Criminal Enforcement Field Offices, December 2000;
- Assigned as Team Leader for Office Reviews of ATF Puerto Rico Criminal Enforcement Field Offices [Groups I and II], July 2001;
- Assigned as Team Leader for Office Review of ATF Fort Lauderdale Criminal Enforcement Field Office, September 2001.
- Assisted Office Reviews of ATF Phoenix Group I and Albuquerque Criminal Enforcement Field Offices, January 2002.

### *Professional Awards*

- Bureau of ATF Special Act or Service Award, ATF UI 33910 90 1042U [Rex Glasson, et. al.], August 1991;
- Bureau of ATF Special Act or Service Award, ATF UI 20612 92 0003S [Allen Terry, et. al.], July 1992;
- Bureau of ATF Special Act or Service Award, ATF UI 20612 92 0004R [Clifford Jones, et. al.], July 1993;
- Bureau of ATF Special Act or Service Award, ATF UI 93400 95 0011X [East Coast Crips], September 1996;
- Bureau of ATF Special Act or Service Award, Quality Increase, Exceed Performance Standards, June 1998;
- Bureau of ATF Special Act or Service Award, ATF UI 745602 97 0024 [Newton Gangsters], September 1998;
- Bureau of ATF Special Act or Service Award, ATF UI 745804 98 0039 [Reyes/Tamala], September 1999;
- Bureau of ATF Special Act or Service Award, Supervisory Duties and Accomplishments, September 2001;
- Bureau of ATF Special Act Award, Department of Justice, ATF UI 785040 02 0049 [HAMC], June 2004;
- Bureau of ATF Distinguished Service Medal, ATF UI 785040 02 0049 [HAMC], June 2004;
- Bureau of ATF Runner-Up, 2003 Outstanding Non-Supervisory Employee Award, June 2004;
- Drug Enforcement Administration [DEA] Certificate of Appreciation, Detroit Division, December 1993;
- Detroit Police Department [DPD] Award of Appreciation, Detroit, Michigan, December 1993;
- Department of Justice Award for Public Service, Detroit U.S. Attorney's Office, December 1993;
- Letter of Commendation, ATF SRT Instructor, Ft. McClellan, Alabama, June 1995;
- International Narcotic Enforcement Officers Association [INEOA] ATF Award, June 1997;
- Letter of Commendation, Phoenix U.S. Attorney's Office, East Coast Crips, August 1997;
- Letter of Commendation, ATF Los Angeles Field Division, Newton Gangsters Investigation, May 1998;
- Drug Enforcement Administration [DEA] Certificate of Appreciation, Phoenix Division, Reyes/Tamala Investigation, May 1999;
- Letter of Commendation, Chandler, Arizona Police Department, Series Arson Fires Investigation, March 2000.
- United States Customs Service [USCS] Certificate of Appreciation, Miami Division, November 2001;
- Miami-Dade Police Department [MDPD] Award of Appreciation, Miami, Florida, November 2001;
- International Narcotic Enforcement Officers Association [INEOA] Special Award of Honor [HAMC], October 2003;
- Law Enforcement Coordinating Committee [LECC], District of Arizona, Investigative Task Force Award [HAMC], April 2004;
- United States Attorney General, Project Safe Neighborhoods [PSN], Outstanding Gun Crime Investigation [HAMC], June 2004;
- National Association of Police Organizations [NAPO] Top Cops Award [HAMC], September 2004;
- Federal Law Enforcement Officers' Association [FLEOA] 2003 National Group Achievement Award [HAMC], September 2004.

### *Specific Investigations / Investigative Duties*

- ***REX GLASSON, et. al. [33910 90 1042U]:*** Acted as case agent in a complex investigation of an Organized Crime associate involved in the operation of illegal armed drug trafficking, organized gambling enterprises, police corruption and firearms trafficking in Detroit, Michigan. Investigative techniques included the use of informants, witnesses, physical surveillance, the incorporation of state search warrants, the execution of numerous Federal search warrants, the use of telephonic pen registers, and the use of two [2] Federal Title III Wire Interceptions. The investigation resulted in the conviction of over ten [10] defendants, resulting in Federal and state prison incarceration of all defendants. The investigation also resulted in a spin-off Title III Wire Intercept investigation conducted by the FBI which resulted in the convictions of eleven [11] public officials, police officers and civilians for various Federal felonies, including extortion, corruption and drug trafficking crimes.

- ***ARTHUR PERRY, et. al. [20612 90 0001W]:*** Acted as case agent in complex investigation of family-based armed narcotic trafficking organization, involved in interstate firearms trafficking from Kentucky to the metropolitan Detroit area. Investigative techniques included the use of informants, witnesses, physical surveillance, and the execution of five [5] Federal search warrants. The investigation resulted in the conviction of three [3] defendants for Federal firearms and drug violations.

- ***CLIFFORD JONES, et. al. [20612 92 0004R]:*** Assisted the case agent as a surveillance shift supervisor and Title III monitor assistant during complex investigation of traditional violent street gang involved in armed narcotic trafficking, murder, kidnapping, home invasion, armed robberies, witness intimidation and assaults in Detroit, Michigan. Investigative techniques included the use of informants, witnesses, undercover transactions, physical surveillance, the incorporation of multiple state search warrants, the execution of over thirty [30] Federal search warrants, the use of telephonic pen registers, and the use of five [5] Federal Title III Wire Interceptions. Investigation resulted in the conviction of over twenty-five [25] defendants, resulting in Federal prison incarceration of all defendants.

- ***ALLEN TERRY, et. al. [20612 92 0003S]:*** Acted as case agent during complex investigation of non-traditional family-centered gang involved in armed narcotic trafficking in Detroit, Michigan. Investigative techniques included the use of informants, witnesses, undercover transactions, physical surveillance, the execution of five [5] Federal search warrants, and the use of telephonic pen registers. Investigation resulted in guilty pleas for six [6] defendants, resulting in Federal prison incarceration of all defendants.

3

- ***SAMPSON BALDWIN, et. al. [20612 93 0002S]:*** Acted as case agent during complex investigation of non-traditional family-centered gang involved in armed narcotic trafficking, assaults, witness intimidation and one [1] suspected murder in Detroit, Michigan. Investigative techniques included the use of informants, witnesses, undercover transactions, physical surveillance, the incorporation of six [6] state search warrants, and the use of telephonic pen registers. Investigation resulted in guilty pleas for twelve [12] defendants, resulting in Federal prison incarceration of all defendants.

- ***BEST FRIENDS, et. al. [20612 93 0003R]:*** Assisted the case agent in conducting extensive physical surveillance during complex investigation of traditional family-based violent gang involved in armed narcotic trafficking, murder, kidnapping, home invasion, armed robberies, witness intimidation and assaults. Also conducted numerous re-interviews of witnesses in open homicides suspected of being committed by Best Friends gang members, and consolidated investigative reports in numerous homicides which were used in the successful prosecution of over fifteen [15] defendants in Detroit, Michigan. Investigative techniques included the use of informants, witnesses, physical surveillance, the incorporation of state search warrants, the execution of Federal search warrants, the use of telephonic pen registers, and the use of Federal Title III Wire Interceptions. The investigation resulted in the conviction of over thirty [30] defendants, resulting in Federal prison incarceration of all defendants.

- ***EAST COAST CRIPS, et. al. [93400 95 0011X]:*** Acted as case agent during complex investigation of traditional violent ethnic street gang involved in armed narcotic trafficking, drive-by shootings, murder, home invasion, rape, armed robberies, witness intimidation and assaults in Phoenix, Arizona. Investigative techniques included the use of informants, witnesses, undercover transactions, physical surveillance, the incorporation of three [3] state search warrants, the use of telephonic pen registers, the monitoring of three [3] defendants' jail calls under grand jury subpoenas, and the use of three [3] Federal Title III Wire Interceptions. Investigation resulted in guilty pleas for fifteen [15] defendants, resulting in Federal prison incarceration of all defendants.

- ***NEWTON AREA GANGSTERS [745602 97 0024]:*** Assisted the case agent during complex investigation of traditional violent ethnic street gang involved in armed narcotic trafficking, drive-by shootings, murder, home invasion, armed robberies, witness intimidation and assaults in Los Angeles, California. Investigative techniques included the use of informants, witnesses, undercover transactions, physical surveillance, the incorporation of state search warrants, the use of telephonic pen registers, and the use of two [2] Federal Title III Wire Interceptions. Investigation resulted in successful prosecution of over ten [10] defendants, resulting in Federal prison incarceration of all defendants.

- ***FERNANDO SANCHEZ, et. al. [745804 98 0025]:*** Acted as the case agent in the investigation of an ethnic-based organization involved in weapons and armed drug trafficking schemes in Phoenix, Arizona. The primary suspect was directly involved in the illegal narcotics [cocaine] trade with street gang members in Los Angeles, California and had extensive ties to international marijuana traffickers in Mexico. Investigative techniques included the use of informants, witnesses, physical surveillance, the execution of five [5] Federal search warrants, and the use of telephonic pen registers. Investigation resulted in prosecution recommendations of two defendants and the spin-off into an extremely complex, sensitive and significant investigation of related international weapons and armed drug traffickers.

- ***AVELINO TAMALA and ANNA REYES, et. al. [745804 98 0039]:*** Acted as case agent during complex investigation of ex-law enforcement official and associates, involved in extensive weapons and armed narcotic trafficking, murder, armed robberies, public corruption at the state and Federal levels, and witness intimidation in Phoenix, Arizona. Investigative techniques included the use of informants, witnesses, physical surveillance, the execution of Federal search warrants, the use of telephonic pen registers, and the authorization of two [2] Federal Title III Wire Interceptions. Investigation resulted in successful prosecution of two "kingpin" defendants, the solving of several state burglary, theft and robbery investigations, and the recovery of a buried body and related pending prosecution of a child homicide.

- ***VARRIO 61st AVENUE STREET GANG [785045 99 0030]:*** Acted as case agent during complex investigation of traditional violent ethnic street gang involved in armed narcotic trafficking, drive-by shootings, murder, armed robberies, witness intimidation and assaults in Phoenix, Arizona. Investigative techniques included the use of informants, witnesses, physical surveillance, the incorporation of state search warrants, the use of telephonic pen registers, and the monitoring of five [5] defendants' jail calls under grand jury subpoenas. Investigation resulted in prosecution recommendations of twenty-seven [27] defendants, resulting in separate Federal and State prosecutions of eleven [11] defendants.

- ***HELLS ANGELS MOTORCYCLE CLUB [HAMC] [785040 02 0049]:*** Acted as co-case agent during complex investigation of traditional violent outlaw motorcycle club involved in armed drug trafficking, illegal firearms trafficking, murder, sexual assaults, stolen vehicle schemes, and witness intimidation including threats and assaults, in Phoenix, Arizona and the Southwest U.S. Investigative techniques included the formation of a Task Force with handpicked personnel operating on need-to-know basis, the use of multiple informants and witnesses, deep long-term undercover penetration and infiltration of the gang, extended undercover operations and successful undercover firearm and narcotics purchases, complex physical and electronic surveillance, the incorporation of five [5] related federal Title III wiretap intercepts, the execution of over twenty-five federal search warrants, the use of fifteen [15] telephonic pen register devices, incorporation of thousands of cell phone toll and telephonic trap & trace records, and the monitoring of jail calls under grand jury subpoena. The investigation resulted in federal and state firearm and narcotics criminal charges against fifty-two [52] defendants, including nine [9] federal RICO defendants and seven [7] VCAR defendants, and the seizure of hundreds of firearms, dozens of narcotics exhibits, and approximately $300,000 in assets and property.

*4*

**Jay Anthony Dobyns**

Special Agent
United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Los Angeles Field Division

<u>Education</u>
1985 – Bachelors of Administration, Public Administration (4 years)
        University of Arizona, Tucson, Arizona

1987 – Graduate, Criminal Investigator / New Agent Training (720 hours)
        Federal Law Enforcement Training Center, Glynco, Georgia

1987 to present – Advanced training in Undercover Operations; Tactical
        Operations; Investigative Interviewing; Peer Support; Firearms
        And Explosives Trafficking; and, Gang Investigation

<u>Professional Experience</u>
- 18 years experience as an ATF Special Agent with specialization in undercover operations
- Hired by ATF in Tucson, Arizona -1987
- Taken hostage and critically wounded by gunshot - 1987
- Transferred to Chicago, Illinois, Organized Crime Group - 1988
- Received critical injuries during arrest shootout - 1989
- Transferred to Tucson, Arizona – 1990
- Member of ATF's Enhanced Undercover Program - 1999
- Transferred to Los Angeles Field Division - 2004

Special Agent Jay Dobyns is a member of the ATF Enhanced Undercover Program assigned as an undercover operative. The EUP specializes in difficult undercover operations on a national level in support of criminal investigations. Agent Dobyns has participated in over 500 undercover operations beginning in 1987 including, but not limited to, the purchases of firearms, narcotics, explosives, murder evidence, counterfeit money and other contraband. Special Agent Dobyns has been the lead undercover operative during infiltrations of criminal organizations and schemes including, but not limited to, Prison Gangs; Militia Organizations; Traditional Organized Crime Operations; Narcotics Trafficking Organizations, Firearms Trafficking Organizations; Explosives Trafficking Organizations; Home Invasion Robbery Organizations; Murder for Hire Schemes and Outlaw Motorcycle Organizations.

1

Most recently, Special Agent Dobyns was the lead undercover operative during an investigation of the Hells Angels Motorcycle Club.  The investigation was a two-year undercover operation resulting in the infiltration of the Hells Angels in Arizona and the western United States.

Training Experience
  ➢ Instructor: ATF National Academy; Covert / Field Operations - 1989 to present
  ➢ Instructor: ATF State and Local Undercover Training - 1992 to present
  ➢ Instructor: ATF Advanced Undercover Training - 1992 to present
  ➢ Master Instructor Certification - 1998
  ➢ Instructor: International Law Enforcement Academy; Budapest, Hungary - 1998
  ➢ Instructor: Undercover Techniques Training (United States, Hungary, Sweden, Mexico, Canada, New Zealand, Australia) - 1998 to present
  ➢ Instructor: Close Quarters Combat - 2001 to present


Professional Awards
  ➢ Twelve (12) ATF Special Act Awards (beginning in 1987) citing excellence in criminal investigations

  ➢ Two (2) ATF Gold Star Awards received for critical injuries received during investigative operations

  ➢ ATF Distinguished Service Medal for outstanding investigative accomplishment

  ➢ International Narcotics Officers Association Medal of Valor

  ➢ National Association of Police Officers Top Cop Award

  ➢ International Outlaw Motorcycle Gang Investigators Association Undercover Achievement Award

February 26, 2002

**Curriculum Vitae**

S/A Thomas E. Murphy
Drug Enforcement Administration

I began my law enforcement career in January of 1985 when I was hired by the St. Louis County Police Department. I attended the Greater St. Louis Police Academy for approximately sixteen weeks beginning in January of 1985 and graduating in April of 1985. I was assigned to the Uniform Patrol Division to the 2nd Precinct Station in Maryland Heights, Missouri.

As a patrol officer, my duties included traffic law enforcement, accident investigation, criminal law enforcement, assisting municipal police departments, intelligence gathering, report writing and other assigned duties. Relative to drug investigations, I arrested individuals for possession of user amounts of narcotics and drug paraphernalia. I was assigned to work all three shifts during the time that I was assigned to the Uniform Patrol Division.

In 1987, I was promoted to the rank of Detective and transferred from the Uniform Patrol Division to the Division Criminal Investigations (DCI). Within DCI, I was assigned to the Bureau of Crimes Against Property - Burglary Unit. Duties included responding to and processing burglary scenes, developing leads, seizing of evidence, report writing, surveillance, developing confidential sources, preparing and executing arrest and search warrant affidavits, interviewing victims, witnesses and defendants, testifying in state court, preparing for trials and media liaison. Other duties included assisting the Bureau of Crimes Against Persons in homicide investigations.

In 1989, I transferred within DCI to the Bureau of Drug Enforcement (BDE). I was initially assigned to the Street Corner Apprehension Team (SCAT). As a member of SCAT, I targeted street corner "crack" cocaine distributors. My duties were to covertly monitor a drug transaction between the perpetrator(s) and an undercover officer. Upon completion of the transaction, I was to arrest the perpetrator(s), identify co-conspirators, seize evidence, report writing, interview defendants, develop and utilize confidential sources, develop leads and continue the investigation in order to identify and prosecute larger scale drug distributors. Also, intelligence gathering, prepare affidavits and search warrants, plan the execution of arrest and search warrants and prepare cases for trial. While assigned to the BDE, I attended the Drug Enforcement Administration (DEA) eighty hour basic narcotics investigation class, in St. Louis, Missouri. This curriculum included topics on confidential sources, undercover narcotics investigations, federal laws pertaining to narcotics violations, search and seizure, drug distribution trends and trafficking, handling of drug evidence, drug identification and testing, testifying and case presentation for court purposes.

In 1991, I transferred within BDE to the North County Municipal Enforcement Group (NMEG), a multi-agency drug task force targeting drug distributors operating primarily in the northern

municipalities of St. Louis County, Missouri. My duties included undercover hand to hand narcotics purchases, surveillance, developing and utilizing confidential sources, intelligence gathering, report writing, use of electronic surveillance equipment, preparing affidavits and search warrants, planning the execution of arrest and search warrants, interviewing defendants and witnesses, testifying in state court and preparing cases for trial. The case work included the arrest of subjects for possession of user amounts of narcotics, and the investigation and arrest of small and midlevel narcotics traffickers.

In 1992, I was transferred within BDE and assigned to the DEA Lambert - St. Louis International Airport Drug Task Force. As a member of the DEA task force, I was officially deputized as a federal DEA Task Force Agent. Duties included identifying and interdicting drug and drug proceed couriers traveling to and from drug source cities en route to or passing through St. Louis International Airport, surveillance, developing and utilizing confidential sources, reporting writing, intelligence gathering, identifying and seizing evidence, executing arrests, preparing arrest and search warrant affidavits, interviewing witnesses and defendants, testifying in federal and state grand juries and trials, investigating, identifying, and seizing assets as drug proceeds, and notifying law enforcement offices throughout the world as to the identity and trends of drug traffickers. The case work included arrests of midlevel drug traffickers and their sources-of-supply. As a member of the DEA airport task force, I attended the SKYNARC convention in Dallas, Texas. This curriculum included topics on drug trafficking, developing confidential sources, updates on federal search and seizure laws, and the networking of law enforcement officer world wide in the targeting of drug traffickers.

In 1995, I was transferred from the DEA Lambert - St. Louis International Airport Task Force to a DEA Drug Task Force, located within the DEA St. Louis Field Division office. Duties included undercover narcotics negotiations and purchases, surveillance, developing and utilizing confidential sources, intelligence gathering, report writing, use of electronic surveillance equipment, preparing affidavits and search warrants, planning the execution of arrest and search warrants, handling of drug evidence, interviewing defendants and witnesses, testifying in federal and state court and grand juries, and preparing cases for trial.

In April of 1996, I was hired by DEA. From May of 1996 to September of 1996, I attended the DEA Academy, located in Quantico, Virginia. Upon graduating as a DEA Special Agent, I returned to the DEA St. Louis Field Division office, in St. Louis, Missouri and received my DEA field training. I completed my training early and was assigned to the Chicago Field Division's Springfield, Illinois Resident Office, in January of 1997. Duties include the investigation into midlevel and large scale drug traffickers operating within and outside the Central District of Illinois, working in an undercover capacity, surveillance, developing and utilizing confidential sources, intelligence gathering, report writing, use of electronic surveillance equipment, preparing affidavits and search warrants, planning the execution of arrest and search warrants, handling of drug evidence, interviewing defendants and witnesses, testifying in federal and state court and grand juries, preparing cases for trial, instructing federal, state and local law enforcement officers in the identifying, developing and proper utilization of confident sources, and identifying, processing and seizure of clandestine laboratories.

From 1997 to October 1998, I was lead agent in a federal investigation that resulted in the  arrest of the largest methamphetamine distributor, to date, in the Central District of Illinois.  The defendant, a former Quincy Police Officer, received a "life" sentence in federal court as a result of the investigation.

From 1998 to present, I was the lead drug investigator in a federal RICO investigation targeting the Grim Reaper Motorcycle Club (GRMC), operating a poly-drug distribution organization in a five state area.  The investigation resulted in the arrest and conviction of approximately twenty members of the GRMC, the dismantling of the Northern Region of the Grim Reaper Motorcycle Club and the arrest of their cocaine source-of-supply, who was responsible for distributing in excess of one hundred kilograms of cocaine to the GRMC, for distribution.

From 1999 to present, I along with members of FBI's Peoria, Illinois Safe Streets Task Force conducted a Continuing Criminal Enterprise investigation of Richard Parker and his drug distribution organization operating in Peoria and Chicago, Illinois, St. Louis, Missouri, and Florida.  Parker and approximately thirteen co-conspirators were arrested and convicted for the distribution of over three hundred kilograms of cocaine in the Peoria, Illinois, area.  The investigation continues into the identification, arrest and prosecution of Parker's cocaine sources-of-supply.

In general, as a law enforcement officer, I have been involved in the investigation of illegal narcotics for over seventeen years, on both a state and federal level.  I have been involved in a large number of drug-related arrests, interviews, search warrants, and prosecutions.  I have attended numerous schools and seminars pertaining to drug trafficking.  I have worked with numerous municipal, county, state, federal, and international law enforcement agencies in the joint investigation of drug trafficking and intelligence networking.  These agencies include but are not limited to the FBI, INS, ATF, Customs, USMS, US Postal Inspectors, IRS, and law enforcement agencies located in Australia and Canada.

I have received the following awards or commendations:

United States Department of Justice, United States Attorney's Office,
Certificate of Commendation

Illinois Meg and Task Force Commander's Award ( 2 times)

International Outlaw Motorcycle Gang Investigators Association,
Outstanding Investigation Award 1999 (United States)

DEA Certificate of Appreciation (2 times)

St. Louis County Police Department Commendation (3 times)

St. Louis County Police Department,
Award of Excellence (4 times)