IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 04-10084 |
| | ) |
| **MELVIN J. CHANCEY ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

### SUPPLEMENT TO GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY

Now Comes the United States of America, by its attorneys, Jan Paul Miller, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and hereby supplements the Government's Notice of Expert Witness Testimony by providing the Curriculum Vitae of Special Agent Marc Folven.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/K. Tate Chambers
K. TATE CHAMBERS
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone:  (309) 671-7050

**CERTIFICATE OF SERVICE**

It is hereby certified that I electronically filed the foregoing **SUPPLEMENT TO GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

Daniel G. O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602-1102

Mark A. Eisenburg
Attorney at Law
308 E. Washington Ave.
P.O. Box 1069
Madison, WI 53701-1069

George F. Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Rob Alvarado
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Peter J. Wilkes
Attorney at Law
7060 Centennial Dr., Suite 104
Tinley Park, IL 60477

Steven C. Rueckert
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

| | |
|---|---|
| May 31, 2005 | s/Kim Ritthaler |
| Date | Kim Ritthaler |
| | Legal Assistant |