**Special Agent Marc D. Folven**
**Rockford Resident Office**
**Chicago Field Division**

**June, 1981 - Graduated from Mankato State University, Mankato, Minnesota - BS in Law Enforcement and Corrections**

**Employed as police officer for Irving, Texas Police Department July, 1981 to August, 1989**

**Attended:**
**DEA Basic Agent School, Quantico, Virginia – September, 1989**
**DEA Clandestine Laboratory Investigative and Safety School, Quantico, Virginia – 1989**
**DEA Site Safety Officer School, Quantico, Virginia, Virginia – 1991**
**Testified approximately 10-15 times as expert witness (3 times in Jo Daviess County, 1 time in Winnebago County, 2 times in Northern District of Illinois)**
**From 1984 to the present, personally involved with/investigated over approximately 500 Amphetamine/Methamphetamine/MDMA clandestine laboratories**

**Instructed various Police/Fire/EMT/DCFS/Probation and Parole classes**