UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 04-10084 |
| | ) |
| MELVIN J. CHANCEY ET AL., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR STATUS TO DETERMINE FEASIBILITY OF TRIAL DATE

Now comes the United States of America by Jan Paul Miller, United States Attorney, and K. Tate Chambers, Supervisory Assistant United States Attorney, for the Central District of Illinois, and hereby requests that this Honorable Court set a status hearing to determine the feasibility of the jury trial date in the above-styled matter. In support of its request, the government states as follows.

1. The last stage of the discovery is presently being copied by the contract copier. The government expects it will be turned over by the due date on September 2, 2005. The trial is presently scheduled to start October 3, 2005.

2. At least two counsel have remarked that it will be impossible for them to review all of the discovery within the 30 days between its delivery and the start of trial. Initial estimates of the September 2 discovery installment were over 40,000 pages, but the copy company representative informed this office today that they have copied 60,000 pages and are not half-way through the copying project. Consequently, the total number of copies may be over 120,000. The government's concern is that if either counsel or the defendants later complain

1

about the time they have to review the documents, the defendants will have a built-in issue for appeal wherein they claim that their counsel were not given adequate time to prepare for trial or this Court will be forced to grant their motion for continuance after the defendants learn the names of the witnesses.

3. The government is very concerned about the safety of its witnesses and that concern was the basis for the original discovery plan suggested by the government. The government feels confident that it can protect its witnesses for the 30 days between disclosure of their names and the start of trial. A longer time between disclosure and trial would present a more serious situation.

4. In order to both innoculate the record from built-in appellate issues, and to preserve the safety of its witnesses, the government proposes two options. The first option is to ask this Court to set a status hearing where both defense counsel and defendants would state on the record that they are not objecting to the time period between disclosure and trial and are not seeking a continuance of the trial date. The second option is to create a bifurcated disclosure procedure. Under that procedure the trial date would be set off into the future. The discovery would still be provided to counsel on the agreed date in early September. Counsel however would not disclose the identities of the witness to their clients until 30 days prior to trial. This option would allow counsel sufficient time to review the evidence and prepare their case and would give them the same 30 day period to work with their clients in preparing for trial and would still allow the government to protect its witnesses.

WHEREFORE for the reasons stated, above the government respectfully requests a status hearing prior to the present disclosure date of September 2, 2005.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

        s/:K. Tate Chambers
        K. Tate Chambers
        Assistant United States Attorney
        One Technology Plaza
        211 Fulton, Suite 400
        Peoria, Illinois 61602
        Telephone: (309) 671-7050

CERTIFICATE OF SERVICE

It is hereby certified that on August 24, 2005 I electronically filed the foregoing **MOTION FOR STATUS TO DETERMINE FEASIBILITY OF TRIAL DATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

Daniel G. O'Day
Attorney at Law
415 Hamilton Blvd.
Peoria, IL 61602-1102

Mark A. Eisenburg
Attorney at Law
308 E. Washington Ave.
P.O. Box 1069
Madison, WI 53701-1069

George F. Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Rob Alvarado
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602

Peter J. Wilkes
Attorney at Law
7060 Centennial Dr., Suite 104
Tinley Park, IL 60477

Steven C. Rueckert
Attorney at Law
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604

s/Kim Ritthaler
Legal Assistant