**E-FILED**
Tuesday, 20 September, 2005  01:04:32 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

        Plaintiff,

     vs.                          **NOTICE OF APPEARANCE**

**MELVIN J. CHANCEY,**
**JAMES L. WHITE,**
**DAVID G. OHLENDORF,**
**RICHARD A. ABRAMS**,

                                     Case No. 04-10084

        Defendants.

TO:    K. Tate Chambers
        Assistant United States Attorney
        211 Fulton Street, Suite 400
        Peoria, IL 61602

        PLEASE BE ADVISED that Donald S. Eisenberg of Eisenberg Law Offices, S.C., who is a member in good standing in the United States District Court for the Central District of Illinois, enters an appearance as co-attorney of record for defendant David G. Ohlendorf.

        Dated this 20th day of September, 2005.


        EISENBERG LAW OFFICES, S.C.


        /s/ Mark A. Eisenberg
        Mark A. Eisenberg
        Illinois State Bar Number: 06184263
        Wisconsin State Bar Number:  01013078
        308 E. Washington Avenue
        P. O. Box 1069
        Madison, WI  53701-1069
        Telephone:  (608) 256-8356
        Fax:  (608) 256-2875
        E-mail: mark@eisenberglaw.org
        Attorneys for Defendant David G. Ohlendorf

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Christopher S. McCall | christopher@mccalllegal.com, cmccall2@hotmail.com |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

        EISENBERG LAW OFFICES, S.C.


        /s/ Mark A. Eisenberg_____
        Mark A. Eisenberg
        Illinois State Bar Number: 06184263
        Wisconsin State Bar Number:  01013078
        308 E. Washington Avenue
        P. O. Box 1069
        Madison, WI  53701-1069
        Telephone:  (608) 256-8356
        Fax:  (608) 256-2875
        E-mail: mark@eisenberglaw.org
        Attorneys for Defendant David G. Ohlendorf