IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

   Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**   Case No. 04-10084

   Defendants.   <u>HEARING REQUESTED</u>

**DEFENDANT OHLENDORF'S MOTION TO DISCLOSE IDENTITY
OF A CONFIDENTIAL INFORMANT**

TO: K. Tate Chambers
   Assistant United States Attorney
   211 Fulton Street, Suite 400
   Peoria, IL 61602

   NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an order revealing the identity of a confidential informant. Specifically, the informant indicates that Melvin Chancey told him that David Ohlendorf did the shooting of Peter Rogers in June of 1994. If this informant will be testifying at trial, the undersigned believes that his identity is pertinent and should be disclosed pursuant to <u>United States v. Rovario</u>, 353 U.S. 53 (1957).

   Dated this 18th day of January, 2006.

            EISENBERG LAW OFFICES, S.C.

            <u>/s/ Mark A. Eisenberg</u>
            Mark A. Eisenberg
            Illinois State Bar Number: 06184263
            Wisconsin State Bar Number: 01013078
            308 E. Washington Avenue
            P. O. Box 1069
            Madison, WI  53701-1069
            Telephone:  (608) 256-8356
            Fax:  (608) 256-2875
            E-mail: mark@eisenberglaw.org
            Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

  I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf