**E-FILED**
Tuesday, 24 January, 2006  01:26:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )      Case No.: 04-10084
              v.                     )
                                     )
JAMES L. WHITE,                      )
                                     )
                    Defendant.       )

ORDER

This matter comes before the court pursuant to a Request For Transcript Of The Hearing Of Defendant Chancey's Change Of Plea. It is hereby ordered that the Court grants said Request For Transcript Of The Hearing Of Defendant Chancey's Change Of Plea.

Dated: January 23, 2006

s/ Michael M. Mihm
MICHAEL M. MIHM
DISTRICT JUDGE