IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**          Case No. 04-10084

      Defendants.                    <u>HEARING REQUESTED</u>

**DEFENDANT OHLENDORF'S MOTION TO STRIKE COUNTS 5A AND 5B
OF THE SUPERCEDING INDICTMENT AND PROHIBIT TESTIMONY
CONCERNING THESE ACTS AT TRIAL**

TO:    K. Tate Chambers
         Assistant United States Attorney
         211 Fulton Street, Suite 400
         Peoria, IL 61602

      NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an order striking predicate acts 5A and 5B of the Second Superceding Indictment in the above-entitled matter on the grounds that these predicate acts were not in furtherance of the enterprise. At Melvin Chancey's plea hearing on January 12, 2006, Melvin Chancey was specifically asked whether the acts concerning Brian Kelly were in furtherance of the Hells Angels Motorcycle Club. Melvin Chancey indicated that these acts were strictly personal, and not club business. (A copy of the transcript will support this motion upon receipt.)

      These acts are extremely violent. They will prejudice the jury against Mr. Ohlendorf. The Second Superceding Indictment alleges that the enterprise was the Hells Angels. Because these acts were not within the conduct of the affairs of the enterprise or in any way involved in the operation or management of the enterprise, these predicate acts should not be included in the

Indictment and should be stricken.  See Seventh Circuit Jury Instructions, 18 U.S.C. § 1962(c)(d). Further, no proof of these acts should be elicited at trial.

For the above stated reasons, the defendant respectfully requests the Court to strike this information from the Indictment.

Dated this 25th day of January, 2006.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Christopher S McCall | christopher@mccalllegal.com, cmccall2@hotmail.com |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf