IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**      Case No. 04-10084

    Defendants.      HEARING REQUESTED

**DEFENDANT OHLENDORF'S MOTION TO STRIKE RACKETEERING ACT 12
OF THE SUPERCEDING INDICTMENT**

TO:    K. Tate Chambers
        Assistant United States Attorney
        211 Fulton Street, Suite 400
        Peoria, IL 61602

        NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an order striking Racketeering Act 12 of the Superceding Indictment in the above-entitled matter on the grounds that this is a conspiracy to violate the federal drug laws, and, therefore, no overt act is required. This could not support a substantive RICO charge. See United States v. Warneke, 310 F.3d 542 (7th Cir. 2002), wherein the court stated:

> Conspiracy means agreement and agreement is an act rather than just a thought. Conspiracies are illegal because of what they portend, that is what the conspirators threaten to do. What is more, all of the state law conspiracy listed as predicate offenses depend on proof of overt acts–concrete steps toward a substantive crime, steps that themselves qualify as predicate offenses. The prosecutor did not charge as predicate offenses any conspiracy that may be established without proof of an overt act–such as a drug conspiracy under federal law.

Id. at 546.

WHEREFORE, the defendant respectfully requests the Court to strike Act 12 in this matter.

Dated this 25th day of January, 2006.

                EISENBERG LAW OFFICES, S.C.

                /s/ Mark A. Eisenberg
                Mark A. Eisenberg
                Illinois State Bar Number: 06184263
                Wisconsin State Bar Number: 01013078
                308 E. Washington Avenue
                P. O. Box 1069
                Madison, WI 53701-1069
                Telephone: (608) 256-8356
                Fax: (608) 256-2875
                E-mail: mark@eisenberglaw.org
                Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Christopher S McCall | christopher@mccalllegal.com, cmccall2@hotmail.com |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf