IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

---

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**       Case No. 04-10084

       Defendants.       <u>HEARING REQUESTED</u>

---

**DEFENDANT OHLENDORF'S MOTION TO STRIKE RACKETEERING ACT 11B OF THE SUPERCEDING INDICTMENT**

---

TO:    K. Tate Chambers
         Assistant United States Attorney
         211 Fulton Street, Suite 400
         Peoria, IL 61602

      NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and moves the Court for an order striking Racketeering Act 11B of the Superceding Indictment in the above-entitled matter on the grounds that simply planning and directing others to carry out plans to locate and murder members of another motorcycle club cannot be considered an attempted murder. The basis for this motion is that this cannot possibly be considered a substantial step to the charge of attempted murder. This motion is based upon <u>People v. Smith</u>, 593 N.E.2d 533 (Ill. 1992), and <u>People v. Hagen</u>, 556 N.E.2d 1224 (Ill. App. 1990), wherein the court held that mere preparation to commit a criminal offense does not constitute a substantial step for the purposes of the attempt statute. Planning an event and directing others to carry out the plans does not in and of itself constitute a substantial step according to these cases.

WHEREFORE, the defendant respectfully requests the Court to strike Act 11B in this matter.

Dated this 25th day of January, 2006.

                EISENBERG LAW OFFICES, S.C.

                /s/ Mark A. Eisenberg
                Mark A. Eisenberg
                Illinois State Bar Number: 06184263
                Wisconsin State Bar Number:  01013078
                308 E. Washington Avenue
                P. O. Box 1069
                Madison, WI  53701-1069
                Telephone:  (608) 256-8356
                Fax:  (608) 256-2875
                E-mail: mark@eisenberglaw.org
                Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Christopher S McCall | christopher@mccalllegal.com, cmccall2@hotmail.com |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf