IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal No. 04-10084 |
| ) | |
| JAMES L. WHITE, a/k/a J.W., ) | |
| DAVID G. OHLENDORF, a/k/a PULLEY, ) | |
| and RICHARD A. ABRAMS, ) | |
| ) | |
| Defendants. ) | |

FILED
FEB - 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **JOSEPH PALERMO, Inmate No. B67810**, is presently incarcerated at Dixon Correctional Center it further appearing that **JOSEPH PALERMO, Inmate No. B67810,** was named as a witness in the above-entitled cause and his appearance is necessary in connection with these proceedings on February 21, 2006 at 8:30 a.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Dixon Correctional Center and/or the United States Marshal for the Central District of Illinois, to transport the said **JOSEPH PALERMO, Inmate No. B67810** to the Central District of Illinois, and to produce the said **JOSEPH PALERMO, Inmate No. B67810,** on February 21, 2006 at 8:30 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present

1

**JOSEPH PALERMO, Inmate No. B67810,** before the Court and from day to day thereafter as may be necessary.

s/Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT J[UDGE]
CENTRAL DISTRICT OF ILLI[NOIS]

ENTERED this \_\_2nd\_\_ day of \_\_February\_\_, 2006.