

E-FILED
Thursday, 02 February, 2006 01:35:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal No. 04-10084 |
| ) | |
| JAMES L. WHITE, a/k/a J.W., ) | |
| DAVID G. OHLENDORF, a/k/a PULLEY, ) | |
| and RICHARD A. ABRAMS, ) | |
| ) | |
| Defendants. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:  THE WARDEN OF DIXON CORRECTIONAL CENTER AND THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS:

**GREETINGS:**

WE COMMAND that you, the Warden of Dixon Correctional Center and the United States Marshal for the Central District of Illinois, transport **JOSEPH PALERMO, Inmate No. B67810** to the Central District of Illinois, and to produce the said **JOSEPH PALERMO, Inmate No. B67810** in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, by the hour of 8:30 a.m., February 21, 2006, and any date necessary for his testimony, then and there to be a material witness on behalf of the Government; and after the said **JOSEPH PALERMO, Inmate No. B67810,** has so then and there testified and been released from further testimony in said cause, that you return the said **JOSEPH PALERMO, Inmate No. B67810,** to Dixon Correctional Center under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable United States District Judge Michael M. Mihm, and the seal thereof, at the City of Peoria, Illinois this ___2nd___ day of ___February___, 2006.

DATE: ___02/02/6___        ___John Waters___
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois