IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

---

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**     Case No. 04-10084

        Defendants.

---

**DEFENDANTS OHLENDORF'S AND WHITE'S REQUESTED VOIR DIRE
QUESTIONS TO BE ASKED PROSPECTIVE JURORS BY THE COURT**

---

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and defendant James L. White, by his attorneys, Cusack, Fleming, Gilfillan & O'Day, by Daniel G. O'Day, and request the Court, pursuant to the Federal Rules of Criminal Procedure, Rule 24(a), to proffer to prospective jurors during the examination the following questions:

1. What do you do at your present job?

2. If you are unemployed/retired, what and where was your last job?

3. In what city (or town) do you live?

4. Regarding your spouse or the person with whom you are living, where does this person work and what is this person's job?

5. What books, newspaper(s), magazine(s) or other publication(s) do you like to read?

6.  Do you watch any medical, forensic or legal television shows or listen to any talk radio shows? If yes, which ones?

7.  To those jurors who have previously served as a juror in a criminal case:
    a.  Was the case in State Court or Federal Court?
    b.  Did the Defendant testify in that case?
    c.  What was the verdict reached by the jury?
    d.  Did you ever serve as the Foreperson of the jury?

8.  To those jurors who have served on a Grand Jury:
    a.  Did you serve on a State or Federal Grand Jury?
    b.  How many times and when did you serve on the Grand Jury?
    c.  Where you ever the foreperson of the Grand Jury?

9.  Has anyone on the jury panel had any training, education or experience in any of the following areas: Accounting, arson, criminal law, drugs, ethics, explosives, extortion, government, law, law enforcement, motorcycles, motorcycle clubs, psychology, victim's assistance, violence, or weapons? If yes, what training, education or experience?

10. Has anyone on the jury panel (or anyone close to you) ever worked for, or applied for work with the United States Attorney's Office, the United States Department of Justice or in any District Attorney's Office? If yes, please tell us who this person is, their connection to the office or department, and their job(s).

11. Has anyone on the jury panel (or anyone close to you) ever contacted the United States Attorney's office or the United States Department of Justice? If yes, what was the reason? Did this include contacting the police with reference to a crime?

12. Has anyone on the panel (or anyone close to you) ever worked for the Federal Bureau of Investigation (FBI), the Drug Enforcement Agency (DEA) or any other investigative agency (local, State or Federal)? If yes, follow up with individual *voir dire* at the bench.

13. Does anyone on the jury panel know, on a personal, professional or casual basis, any prosecuting attorneys, criminal defense attorneys or judges? If yes, please tell us who you know and how you know this person.

14. Does anyone have any negative feelings or opinions about criminal defense attorneys that might affect your ability to be a totally fair and impartial juror in a criminal case? If yes, follow up with individual *voir dire* at the bench.

15. Has anyone on the jury panel, or any of your family members or close friends, ever been employed by or applied for a job with any governmental or law enforcement agency? If yes, who and what agency?

16. Would your knowledge of, or association(s) with, anyone in law enforcement [FBI, DEA, police, etc.] or any judge(s) or attorney(s) affect your ability to be a totally fair and impartial juror in a criminal case? If yes, follow up with individual *voir dire* at the bench.

17. Has anyone on the jury panel or anyone in your family ever owned a business? If yes:
    a. What type of business?
    b. Is the business still open?
    c. If the business is no longer open, why was it sold or closed?

18. Do you know, or have you ever met, anyone who is or was a member of the Hells Angels Motorcycle Club ? If yes, whom do you know and how do you know this person?

19. Has anyone on the panel heard, read or seen anything about the Hells Angels Motorcycle Club or anyone who is a member of a the Hells Angels Motorcycle Club?

20. In general, which of the following best describes your opinion of the Hells Angels Motorcycle Club:
    Very positive         Very negative
    Positive              Negative
    Somewhat positive     Somewhat negative

21. Do you believe your feelings or opinions (positive or negative) about the Hells Angels Motorcycle Club would affect your ability to sit as a fair and impartial juror in a case in which members of this organization are accused by the Federal Government of a crime(s)? If yes, follow up with individual *voir dire* at the bench

22. Do you know, or have you ever met, anyone who is or was a member of the Outlaws Motorcycle Club? If yes, whom do you know and how do you know this person?

23. Has anyone on the panel heard, read or seen anything about the Outlaws Motorcycle Club or anyone who is a member of a Outlaws Motorcycle Club ?

24. In general, which of the following best describes your opinion of the Outlaws Motorcycle Club is:
    Very positive         Very negative
    Positive              Negative
    Somewhat positive     Somewhat negative

25. Do you believe your feelings or opinions (positive or negative) about the Outlaws Motorcycle Club would affect your ability to sit as a fair and impartial juror this case? If yes, follow up with individual *voir dire* at the bench

26. Has anyone on the panel ever been accused of something that you did not do? If yes, what did you do about the accusation?

27. Has anyone on the panel ever experienced fraud or been accused of fraud? If yes, follow up with individual *voir dire* at the bench.

28. Does anyone on the panel feel that a person who is being tried for conspiracy to deliver drugs should have to prove he is innocent?

29. Does anyone on the panel believe that the Government could arrest and indict an innocent person for conspiracy to deliver drugs?

30. Is there anyone on the panel that has such strong or negative feelings about people who are accused of conspiracy to deliver drugs that, regardless of the Court's instructions, you could not be a totally fair and impartial juror in such a case?

31. Do you belong to any group or organization that has as one of its purposes a concern about hand guns in this country? If yes, please explain your role in such organization.

32. Do any of you believe that the rising crime rate in the United States is directly related to the sale or possession of hand guns?

33. If you responded affirmatively to Question 31, would that affect your ability to act impartially in this matter?

34. Do any of you believe that it is wrong for any individual to possess handguns?

35. Do you have any feelings about the general subject matter of handguns which would affect your ability to judge the facts in this case fairly and impartially?

36. Do you know anyone who has ever been adversely affected by a handgun? If yes, please explain:
    a. Who was that individual?
    b. What was the adverse reaction?
    c. Would that affect your ability to act impartially in this matter?

37. If your answer to questions 31 through 36 is yes, would that affect your ability to act impartially in this case?

38. Could anyone on the jury panel be more likely to believe a witness because he or she is a law enforcement officer or an agent of the federal government?

39.  Has anyone on the panel ever known or heard of anyone who testified or volunteered information in a criminal case in order to receive a lighter or reduced sentence? If yes, who was this person and what is your relationship and feelings about this person(s)?

40.  Does anyone on the jury panel have such strong feelings, either favorable or unfavorable, about the government agreeing not to prosecute a potential witness or to give someone a lighter sentence in exchange for that witness' testimony in Court?

41.  Do you have any feelings about the general subject matter of drugs which would affect your ability to judge the facts in this case fairly and impartially?

42.  Are there any of you who do not drink alcohol?

43.  WITHOUT MENTIONING ANY NAMES, does anyone on this panel know any person(s) who either currently [or in the past] has used/abused drugs?
If YES, is there any reason why you feel you cannot serve as a totally fair and impartial juror in a criminal case in which the Defendants are accused of conspiracy to distribute drugs?
If yes, follow up with individual *voir dire* at the bench.

44.  For those of you who answered the juror questionnaire that you, a member of your family or close friend have been arrested/prosecuted/convicted of a crime, do you feel that person was treated fairly in resolving the matter?

45.  Under the Constitution of the United States, the defendant has an absolute right not to testify in a criminal case and no inference may be drawn from that fact. Is there anyone who disagrees with this rule of law?

46.  The law states that, in criminal cases, the Government must prove its case to the jury *beyond a reasonable doubt*. Does anyone on the panel feel that this burden is too high or too unreasonable a burden for the Government?

47. How many on this panel feel that the Defendant in a criminal case must prove his innocence to the jury even though the law states that the burden of proof rests with the Government?

48. For a person to be guilty of participating in a conspiracy, the law says that person must knowingly, intentionally and purposely participate in the conspiracy. And the law also says that if a person does not knowingly, intentionally and purposely participate, he is not guilty of committing any crime. Does anyone disagree with this law?

49. Does anyone on this panel know anyone who has been accused of conspiracy?

50. Who on the panel feels that a person accused by the Government of conspiracy should be allowed to make a deal with the Government and implicate others in order to receive a lighter sentence?

51. Does anyone on the panel feel that a person can be made to appear as if he is a member of a conspiracy even though he was not?

52. Does anyone know anyone from the United States Attorney's Office? If yes, give details and describe the relationship.

53. What feelings, if any, do you have about people who sell drugs? Would any of you who have such feelings be able to set those feelings aside and judge this case fairly and impartially on the facts alone?

54. Does anyone know anyone else on the panel or anyone else in the courtroom?

55. Does anyone know any of the witnesses in this matter? At this time invite all sides to read their witness lists.

56. Is there any juror sitting there right now thinking to yourself, "From what I've heard so far, I'm already leaning towards a guilty verdict or favoring the Government in this case." If yes, follow up with individual *voir dire* at the bench.

57. Has anyone on the jury panel formed the opinion that David Ohlendorf, James White and/or Ricky Abrams broke any laws or did anything illegal?  ==If yes, follow up with individual *voir dire* at the bench==.

58. Is there anything about which anyone on the panel wishes to speak in private with the judge and attorneys?  ==If yes, follow up with individual *voir dire* at the bench==.

Dated this 6th day of February, 2006.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number:  01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI  53701-1069
Telephone:  (608) 256-8356
Fax:  (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Christopher S McCall | christopher@mccalllegal.com, cmccall2@hotmail.com |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf