IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DAVID G. OHLENDORF, et al.,**   Case No. 04-10084

    Defendants.

## DEFENDANT OHLENDORF'S MOTION IN LIMINE

NOW COMES defendant David G. Ohlendorf, by his attorneys, Eisenberg Law Offices, S.C., by Mark A. Eisenberg, and requests the Court to enter an Order prohibiting the government from introducing the following in its case in chief:

1. Any reference to a murder concerning Jerry O'Neill. This is not charged as a predicate act, it is extremely prejudicial, and the government has provided no information of its intent to introduce this matter under Rule 404(b).

2. Any reference to David Ohlendorf allegedly committing any sexual assault. This is not charged as a predicate act, it is extremely prejudicial, and the government has provided no information of its intent to introduce this matter under Rule 404(b).

3. Any statements of Max Vore, as they are hearsay and do not fall within any exceptions to the hearsay rule.

4. Any testimony of Mike McCollum. The basis for this is that ATF Agent Christopher Bayliss obstructed justice on February 4, 2006, when the defendant's counsel was attempting to interview Mike McCollum. A copy of defendant's investigator's report is attached hereto in support of this motion.

5. Any reference to events that happened at the Odeum in Villa Park on

February 2, 2002. This is not charged as a predicate act, it is extremely prejudicial, and the government has provided no information of its intent to introduce this matter under Rule 404(b).

6. Any information concerning a tattoo parlor bombing in Oak Creek, Wisconsin, on October 9, 1994. This is not charged as a predicate act, it is extremely prejudicial, and the government has provided no information of its intent to introduce this matter under Rule 404(b).

7. Any reference to the general operation of Hells Angels and/or any other motorcycle club without specific reference to one of the three chapters involved in the Indictment. How other chapters or clubs operate is irrelevant.

8. Any reference to any act by any Hells Angels member who was not indicted on the grounds that acts of those individuals are irrelevant to this case, and further the government has provided no information of its intent to introduce this matter under Rule 404(b).

Dated this 6th day of February, 2006.

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf

CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Atty. Robert Andre Alvarado | Robert_Alvarado@fd.org, roblaw@ivnet.com; mary_kedzior@fd.org; fontessa_sledge@fd.org |
| AUSA K. Tate Chambers | kimberly.ritthaler@usdoj.gov; diane.hayes@usdoj.gov; margo.l.scamp@usdoj.gov |
| Atty. Christopher S McCall | christopher@mccalllegal.com, cmccall2@hotmail.com |
| Atty. Daniel G. O'Day | doday@cfgolaw.com, lguyon@cfgolaw.com |
| Atty. Steven C. Rueckert | stvrueck@aol.com |
| Atty. George F. Taseff | George_Taseff@fd.org, gtaseff@mtco.com; Mary_Kedzior@fd.org |
| Atty. Peter J. Wilkes | peterjwilkespc@hotmail.com |

EISENBERG LAW OFFICES, S.C.

/s/ Mark A. Eisenberg
Mark A. Eisenberg
Illinois State Bar Number: 06184263
Wisconsin State Bar Number: 01013078
308 E. Washington Avenue
P. O. Box 1069
Madison, WI 53701-1069
Telephone: (608) 256-8356
Fax: (608) 256-2875
E-mail: mark@eisenberglaw.org
Attorneys for Defendant David G. Ohlendorf