*David R. Hirtz and Associates, Inc.*

Date:              2/4/06

By:                David R. Hirtz
                   Private Investigator

Interviewee:       Michael McCollum

---

Michael McCollum was contacted at his residence by Attorney Mark Eisenberg and Private Investigator David Hirtz. He was advised Mr. Eisenberg represented David Ohlendorf and Mr. Hirtz was the private investigator for Mr. Eisenberg. Mr. McCollum was advised that they desired to interview him regarding his knowledge of certain acts attributed to David Ohlendorf for which he has been charged in federal court.

Mr. McCollum invited Mr. Eisenberg and Mr. Hirtz into his residence. He immediately used his cellular phone to make a call to a "Chris" whom he stated was "Chris Bayless". Mr. McCollum asked Chris whether he should talk to Mr. Eisenberg and Mr. Hirtz. Mr. Bayless told McCollum that it was McCollum's decision whether to talk with the attorney and the investigator. Chris Bayless said he could not tell McCollum not to talk to Mr. Eisenberg and Mr. Hirtz. These comments by Bayless were clearly heard emanating from McCollum's cell phone by Mr. Eisenberg and Mr. Hirtz.

McCollum terminated the cell call with Mr. Bayless. He then agreed to listen to the areas of inquiry desired by Attorney Eisenberg before deciding whether he would comment on these areas of inquiry. Mr. Eisenberg brought up the name of Mel Chancey and an altercation when McCollum was allegedly kicked out of the Hells Angels Motorcycle Club (HAMC) and beaten by multiple members of the HAMC and David Ohlendorf. McCollum began telling a story about how he saved Mel Chancey's life.

He explained how the Outlaw Motorcycle Club (OMC) members, including an OMC leader named "Smitty", arrived in force at the DC Eagles clubhouse when McCollum was a member of the DC Eagles and present at that time. He said the Outlaws put a demeaning poster of Mel Chancey with "breasts" on the wall of the DC Eagles clubhouse. The rest of the DC Eagles "played faggot" and departed leaving McCollum alone in the clubhouse

with the Outlaws. McCollum stated he ripped the poster off the wall in front of the Outlaws and "Smitty" complimented him on his guts and suggested McCollum join the Outlaws. McCollum declined the offer.

McCollum then called his brother to bring him a Model 17 Glock handgun because he feared for his safety.

McCollum displayed his forearms which showed black ink over former HAMC tattoos. McCollum further commented that David Ohlendorf "punched like a pussy" and he, McCollum has been a long time black belt.

At this point, McCollum received an in-coming cell phone call from Chris Bayless. McCollum told Bayless that Mr. Eisenberg and Mr. Hirtz were still there talking to him. McCollum continued his conversation with Mr. Bayless which could not be overheard by Eisenberg or Hirtz.

Shortly after concluding his call to Bayless, Mr. McCollum advised Eisenberg and Hirtz that he desired to terminate the interview. Mr. Eisenberg and Mr. Hirtz departed at this time.