IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 04-10084 |
| ) | |
| JAMES L. WHITE, a/k/a J.W., ) | |
| DAVID G. OHLENDORF, a/k/a ) | |
| PULLEY, and ) | |
| RICHARD A. ABRAMS, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT
OHLENDORF'S MOTION TO STRIKE RA 12
(#150)**

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and K. Tate Chambers and Darilynn J. Knauss, Assistant United States Attorneys, responds to the defendant Ohlendorf's Motion to Strike Racketeering Act 12 as follows:

Defendant Ohlendorf alleges that the allegation in Racketeering Act Twelve is not proper under *United States v. Warneke,* 310 F.3d 542 (7th Cir. 2002) because in subparagraph (d) of the charge, the government references the commission of overt acts.

Defendant Ohlendorf wrongly asserts under *Warneke* that a federal narcotics conspiracy in violation of 21 U.S.C. §846 cannot serve as a RICO predicate act. The defendant reaches that inaccurate conclusion based upon a complete misreading of *Warneke*, which in fact states that a drug conspiracy under federal law is a proper predicate. *Id.*, at 546-547 (distinguishing between a

drug conspiracy charge in RICO and drug conspiracy as a predicate offense for purposes of the Continuing Criminal Enterprise statute, 21 U.S.C. §848.

The allegation of the drug conspiracy without subparagraph (d) would be sufficient, but the allegation of the overt act does in no way cause the charge to be insufficient. If anything, the charge provides the defendant with more notice of the conduct of the conspiracy than legally necessary.

WHEREFORE, defendant Ohlendorf's motion should be denied.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Darilynn J. Knauss
Darilynn J. Knauss
Assistant United States Attorney
211 Fulton, Suite 400
Peoria, IL
Telephone: (309) 671-7050

CERTIFICATE OF SERVICE

It is hereby certified that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

>Daniel G. O'Day
>Attorney at Law
>415 Hamilton Blvd.
>Peoria, IL 61602-1102

>Mark A. Eisenburg
>Attorney at Law
>308 E. Washington Ave.
>P.O. Box 1069
>Madison, WI 53701-1069

>George F. Taseff
>Assistant Federal Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602

>Rob Alvarado
>Assistant Federal Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602

>s/Kim Ritthaler
>Legal Assistant