IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-10084 |
| JAMES L. WHITE, a/k/a J.W., DAVID G. OHLENDORF, a/k/a PULLEY, and RICHARD A. ABRAMS, | ) |
| Defendants. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT ABRAMS'
MOTION TO DISMISS RACKETEERING ACT 1**

The United States of America, by Rodger A. Heaton, United States Attorney and K. Tate Chambers and Darilynn J. Knauss, Assistant United States Attorneys, responds to Defendant Abrams' Motion to Dismiss Racketeering Act 1 as follows:

1. Racketeering Act 1 (Conspiracy to Murder) of the Second Superceding Indictment alleges that the defendants White, Ohlendorf, and Abrams and others conspired to commit the offense of First Degree Murder and "performed acts in furtherance of that agreement by planning, agreeing and attempting to murder by shooting, bombing, stabbing and beating members of the Outlaw Motorcycle Club and other clubs affiliated with the Outlaw Motorcycle Club..."

2. Defendant Abrams contends that Racketeering Act 1 "is duplicitous . . . in that it alleges multiple conspiracies to murder multiple intended victims in the same count".

3. "Duplicity is the joining of two or more offenses in a single count."

*United States v. Marshall*, 75 F.3d 1097, 1111 (7th Cir. 1996).

4. The defendant's position has been rejected by the Supreme Court.

> Whether the object of a single agreement is to commit one or many crimes, it is in either case that agreement which constitutes the conspiracy which the statute punishes. The one agreement cannot be taken to be several agreements and hence several conspiracies because it envisages the violation of several statutes rather than one.
>
> The allegation in a single count of a conspiracy to commit several crimes is not duplicitous, for "The conspiracy is the crime, and that is one, however diverse its objects." (citations omitted)

*Braverman v. United States*, 317 U.S. 49, 53-54; 63 S.Ct. 99 (1942).

5. Racketeering Act 1 alleges one crime, the crime of conspiracy to commit the offense of murder. Although the conspiracy had multiple objectives, that being the murder of members of the Outlaw Motorcycle Club, there is but one crime alleged, that being the crime of conspiracy. "The single agreement is the prohibited conspiracy, and however diverse its objects it violates but a single statute … ." *Braverman*, 317 U.S. at 54.

6. In the alternative, defendant Abrams requests a Bill of Particulars identifying all "members of the Outlaw Motorcycle Club and other clubs affiliated with the Outlaw Motorcycle Club" who were the targets of the conspiracy.

7. Here, a Bill of Particulars is not required. The government has adhered to a very liberal discovery policy which gives the defendant access to the facts underlying the allegations contained in Racketeering Act 1 of the Second Superceding Indictment. The government's liberal discovery policy negates the

need for a Bill of Particulars.  *United States v. Canino*, 949 F.2d 928, 949 (7th Cir. 1991).

      WHEREFORE, the government requests that the Motion to Dismiss Racketeering Act 1 or, in the Alternative, the Motion for Bill of Particulars, be denied.

      Respectfully submitted,

      RODGER A. HEATON
      UNITED STATES ATTORNEY


      s/ Darilynn J. Knauss
      Darilynn J. Knauss
      Assistant United States Attorney
      211 Fulton, Suite 400
      Peoria, IL
      Telephone:  (309) 671-7050

CERTIFICATE OF SERVICE

It is hereby certified that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

>Daniel G. O'Day
>Attorney at Law
>415 Hamilton Blvd.
>Peoria, IL 61602-1102
>
>Mark A. Eisenburg
>Attorney at Law
>308 E. Washington Ave.
>P.O. Box 1069
>Madison, WI 53701-1069
>
>George F. Taseff
>Assistant Federal Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602
>
>Rob Alvarado
>Assistant Federal Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602

>s/Kim Ritthaler
>Legal Assistant