The information you provide in this questionnaire will be confidential and only be used during this jury selection.

E-FILED
Monday, 06 February 2025 15:18:56 PM
Clerk, U.S. District Court, ILCD

**JURON NAME:** _____   **AGE:** _____   **JURON #:** _____

| 1a. Where do you live?<br><br>1b. What is your current marital status?<br><br>1c. How many times have you been married? | 2a. Where do you work, what is your job & for how long have you worked there?<br><br>2b. Where does your spouse or partner work and what is this person's job? | 3a. Highest grade you completed in school:<br><br>3b. If college, please list any degrees received: |
|---|---|---|
| 4. List the gender, age & occupation of your children and step-children: | 5a. Have you ever served as a juror in a:<br>❑ Criminal case ❑ Grand Jury<br>❑ Civil case ❑ Never served<br>5b. What kind(s) of criminal case(s):<br>5c. Were you the foreperson? ❑YES ❑NO<br>5d. What was the verdict? | 6. Do you know any judges or criminal defense or prosecuting attorneys?<br>❑ YES ❑ NO If YES, whom do you know and how do you know this person? |
| 7a. Have you or anyone close to you ever been the victim of any crime?<br>❑ YES ❑ NO<br>7b. Will that knowledge/experience affect your ability to serve as a fair and impartial juror in a criminal case? ❑ YES ❑ NO | 8a. Have you or anyone close to you ever been investigated, arrested, indicted, or convicted of a crime? ❑ YES ❑ NO<br>8b. Will that knowledge/experience affect your ability to serve as a fair and impartial juror in a criminal case? ❑ YES ❑ NO | 9a. Do you know anyone who has used/abused any type of drug (i.e., alcohol, marijuana, cocaine, prescription drugs, etc.)? ❑ YES ❑ NO<br>9b. Will that knowledge/experience affect your ability to serve as a fair and impartial juror in a criminal case? ❑ YES ❑ NO |
| 10. Do you know anyone who:<br>a. Has ever worked in law enforcement?<br>❑ YES ❑ NO<br>b. Has ever worked for any State or Federal government agencies?<br>❑ YES ❑ NO<br>c. Has ever worked for any attorney or law firm? ❑ YES ❑ NO<br>d. Has ever been a Plaintiff (party suing) or Defendant (party being sued) in a lawsuit? ❑ YES ❑ NO | 11. Do you know anything about or do you know anyone who is/was a member of the:<br>a. Hell's Angels Motorcycle Club?<br>❑ YES ❑ NO<br>b. Outlaws Motorcycle Club?<br>❑ YES ❑ NO<br>c. Would this knowledge/association affect your ability to serve as a fair and impartial juror in a criminal case in involving members of these clubs? ❑ YES ❑ NO | 12. Check the one box below that best describes your feelings about the<br>a. Hell's Angels Motorcycle Club:<br>❑ Very negative ❑ Very positive<br>❑ Negative ❑ Positive<br>❑Somewhat negative ❑Somewhat positive<br>b. Outlaws Motorcycle Club:<br>❑ Very negative ❑ Very positive<br>❑ Negative ❑ Positive<br>❑Somewhat negative ❑Somewhat positive |
| 13a. Have you or anyone close to you ever had a good or bad experience with a motorcycle club(s) or its member(s)?<br>❑ YES ❑ NO<br>13b. Would this experience affect your ability to serve as a fair and impartial juror in a criminal case in involving members of a motorcycle club? ❑ YES ❑ NO | 14a. The law says that an indictment is absolutely no proof that a Defendant has engaged in any illegal activity. Will you follow this law? ❑ YES ❑ NO<br>14b. The law also says that a Defendant in a criminal trial has a right not to testify in his own behalf. Regarding this right, do you: ❑ Agree ❑ Disagree | 15a. Have you ever donated time/money to any organization that helps people who have experienced a crime or who are accused of a crime? ❑ YES ❑ NO<br>15b. Will that knowledge/association affect your ability to serve as a fair and impartial juror in a criminal case? ❑ YES ❑ NO |
| 16a. How often do you think the Government brings criminal charges against innocent people?<br>❑ Never ❑ Seldom Often ❑ Always<br>16b. Are you:<br>❑ Conservative ❑ Moderate ❑ Liberal | 17a. What do you do in your spare time?<br><br>17b. What newspapers, journals or periodicals, etc., do you read? | 18a. What are your 2 favorite t.v. shows?<br>1.<br>2.<br>18b. To which unions or other organizations do you belong? |
| 19a. Name 2 people you admire most:<br>1.<br>2.<br>19b. Name 2 people you admire least:<br>1.<br>2 | 20. This trial could last 6 weeks or more. A trial of this length is a hardship on virtually every juror. Would serving as a juror in this case cause such a severe hardship that it would affect your ability to be a fair and impartial juror?<br><br>❑ YES ❑ NO | 21a. Is there any reason why you would be unwilling or unable to serve as a juror in a criminal case involving allegations of drugs, fraud and/or conspiracy?<br>❑ YES ❑ NO<br>21b. Is there anything about which you wish to speak privately with the judge or attorneys? ❑ YES ❑ NO |

# TO PROSPECTIVE JURORS:

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case.  The use of this questionnaire allows you to make personal and private communications with the judge and attorneys in this case.  Please respond to the following questions as completely as possible.  The information contained within the questionnaire will become part of the Court's permanent record and will not be distributed to anyone except the judge and the attorneys in the case.  If necessary, during the questioning by the attorneys, you will be given an opportunity to explain or expand on your answers.  If for any reason you do not wish to answer the question(s) asked, please write the word, 'PRIVATE', next to the question(s) and we will take this matter up with you privately.

This questionnaire is part of the jury selection process.  The questions must be answered by you under penalty of perjury.  You should fill out this questionnaire by yourself without consulting any other person.

If you wish to make further comments regarding any of your answers, please use the Explanation Page to do so.   Remember to indicate the number of the question you are answering.   PLEASE USE THE BLACK INK PEN THAT HAS BEEN PROVIDED FOR YOU.

If you do not understand a question, please write, "I DO NOT UNDERSTAND", and the question will be explained to you in Court. PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS  -- JUST HONEST ONES.

## EXPLANATION PAGE

**(Please indicate the number of the question you are answering.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____