E-FILED
Tuesday, 07 February, 2006 12:50:44 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

In re HARVEY E. POWERS,

    Petitioner.

Criminal Case No. 04-10084

## EMERGENCY MOTION TO QUASH WRIT OF AD TESTIFICANDUM

COMES NOW, Harvey E. Powers, ("Petitioner"), and hereby moves this Honorable Court to quash a writ ad testificandum issued in the above-mentioned criminal matter. Petitioner states in support as follows:

1. Petitioner is currently serving a life sentence for RICO and RICO related offenses and is housed at the United States Penitentiary located in Bruceton Mills, West Virginia.

2. Petitioner is currently in litigation in the Eastern District of Wisconsin collaterally attacking his convictions and sentence (Case No. 04-CV-471-JPS and Case No. 03-CV-893).

3. In the event Petitioner is brought before this Court he will invoke his Fifth Amendment right against self-incrimination, nor will he submit to any interviews by the government.

4. Forcing Petitioner from West Virginia to the Central District of Illinois given the above facts and circumstances

would be a questionable employment of valuable governmental and judicial resources.

 WHEREFORE, Petitioner respectfully requests this Court to quash any such writ ad testificandum concerning Harvey Powers in this matter.

Respectfully submitted,

*/s/ Harvey E. Powers*

Harvey E. Powers<br>
Federal Register No. 00353-748<br>
U.S. Penitentiary - Hazelton<br>
Post Office Box 2000<br>
Bruceton Mills, WV 26525

 Pursuant to 28 U.S.C. § 1746, I hereby certify that the foregoing is true and correct. Dated this 1st day of February, 2006.

*/s/ Harvey Powers*

Harvey Powers

## NOTICE OF FILING AND PROOF OF SERVICE

I hereby certify pursuant to 28 U.S.C. § 1746, that on February 1, 2006, I mailed the foregoing "Emergency Motion to Quash Writ of Ad Testification" with affixed first-class postage to the following:

Micheal M. Mihm
U.S. District Court Judge
204 Federal Building
100 N. E. Monroe St.
Peoria, IL 61602

Office of the U.S. Attorney
211 Fulton Street, Suite 400
Peoria, IL 61602

I hereby certify that on February 2, 2006, I served a representative of the U.S. Penitentiary - Hazelton (Mr. Mereno), with a copy of the foregoing motion.

Harvey Powers
Federal Register No. 00353-748
U.S. Penitentiary - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525