**FILED**

AUG 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING
RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: David Ohlendorf

Case Number: 04-10084-3

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number  195  ), Sentencing Recommendation (document number  196  ) and Statement of Reason(s) Page (document number  200 + 212 ) were returned to the U.S. Probation Office on  8/18/06  .

Received by:

S/Douglas Heuermann/tm
U.S. Probation Office
Date: 08/18/06