E-FILED
Thursday, 14 September, 2006  10:45:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 04-10084 |
| ) | |
| **MELVIN J. CHANCY, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

### GOVERNMENT'S REQUEST FOR COURT ORDER DIRECTING RETURN OF DISCOVERY

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and K. Tate Chambers, Assistant United States Attorney, moves this court for an Order directing attorney Mark A. Eisenburg, and defendant David Ohlendorf's girlfriend, Sandy Shaufer, to immediately return discovery in the above-styled case to the United States Attorney's Office, located in Peoria, Illinois.

In support of this motion, the United States states as follows:

1. During the proceedings in the above-styled matter, the Court directed that the certain government discovery be made available to defendant, Ohlendorf, at the Peoria County Jail. This discovery was to neither be copied nor removed from the jail.

2. Government recently learned that on June 7, 2006, attorney Mark A. Eisenburg and defendant Ohlendorf's girlfriend, Sandy Shaufer, appeared at the jail. The jail released the discovery to either the attorney, Mark A. Eisenburg or the defendant's girlfriend, Sandy Schaufer. This release is in violation of the discovery order in this case.

WHEREFORE, the government respectfully request that this Court enter an Order directing both Attorney Mark A. Eisenburg and the defendant's girlfriend, Sandy Schaufer, to

appear before the Court and deliver the discovery removed from the jail to a representative of the United States Attorney's Office.

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        <u>S:/K. Tate Chambers</u>
        K. Tate Chambers
        Assistant United States Attorney
        211 Fulton Street, Suite 400
        Peoria, Illinois 61602
        Telephone:  309/671-7050

CERTIFICATE OF SERVICE

It is hereby certified that on September 14, 2006, I electronically filed the foregoing **GOVERNMENT'S REQUEST FOR COURT ORDER DIRECTING RETURN OF DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below.

> Daniel G. O'Day
> Attorney at Law
> 415 Hamilton Blvd.
> Peoria, IL 61602-1102
>
> Mark A. Eisenburg
> Attorney at Law
> 308 E. Washington Ave.
> P.O. Box 1069
> Madison, WI 53701-1069
>
> George F. Taseff
> Assistant Federal Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
>
> Rob Alvarado
> Assistant Federal Defender
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
>
> Peter J. Wilkes
> Attorney at Law
> 7060 Centennial Dr., Suite 104
> Tinley Park, IL 60477
>
> Steven C. Rueckert
> Attorney at Law
> 53 W. Jackson Blvd., Suite 1410
> Chicago, IL 60604
>
>         s/Debra L. Hansen
>         Supervisory Secretary