IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-10084 |
| ) | |
| MELVIN J. CHANCY, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

MICHAEL M. MIHM, United States District Judge:

This cause is before the Court on motion by the government.

1.  During the proceedings in the above-styled matter, this Court directed that certain government discovery material be made available to defendant, David Ohlendorf, at the Peoria County Jail.  That discovery was to be neither copied nor removed from the jail.

2.  The government advised this Court that it learned that on June 7, 2006, attorney Mark A. Eisenburg, who represented Defendant Ohlendorf in this case, and defendant Ohlendorf's girlfriend, Sandy Shaufer, appeared at the jail.  Jail personnel released the discovery material to either attorney  Eisenburg or the defendant's girlfriend, Sandy Schaufer.

IT IS HEREBY ORDERED that Attorney Mark A. Eisenburg appear before this Court on September 25, 2006, at 1:00 p.m. to deliver the discovery

material in the above-styled matter removed from the jail to a representative of the United States Attorney's Office.

As to the Governments request that the Court order Sandy Shaufer to appear in court at the same time, the Court directs the Government to submit written authority by the close of business on Tuesday, September 19, 2006 as to the source of the Court's authority to enter such an order directing a non-party to appear under these circumstances. Accordingly the Government's Request is granted in part and reserved in part.

ORDERED this 14th day of September, 2006.

s/ Michael M. Mihm<br>
MICHAEL M. MIHM<br>
U.S. DISTRICT JUDGE