# EISENBERG LAW OFFICES, S.C.
## ATTORNEYS AT LAW

September 15, 2006

Honorable Michael M. Mihm
Judge, U.S. District Court
Central District of Illinois
100 NE Monroe Street
Peoria, IL  61602-1003

        RE:    United States v. David G. Ohlendorf, et al.
                Case No. 04-10084

Dear Judge Mihm:

       I am in receipt of your recent Order dated September 14, 2006, requiring me to appear on September 25, 2006, at 1:00 p.m., to deliver the discovery.  I do not have the discovery.  After the sentencing, the jail wanted Mr. Ohlendorf to remove all of the documents from his cell.  As you can imagine, there were quite a few.  I did not want to take them.  Sandy Schaufer showed up at the jail after the sentencing and took the documents that were in his cell.  I will have Ms. Schaufer return those to Mr. Chambers as soon as possible.  I would expect that will occur within the next seven days.

       I want this Court to realize that I had nothing to do with this.  The jail wanted all of the materials out of his cell, and that is why they were picked up by his girlfriend after the sentencing.  I was not even there.  In any event, sufficient arrangements have been made to return the materials to the U.S. Attorney's Office, and, therefore, I am requesting that I not have to appear on September 25th, or, in the alternative, please allow me to appear by telephone.  Kindly advise how you wish to proceed.  By fax we are serving a copy of this letter on Assistant U.S. Attorney Tate Chambers.

                                        Very truly yours,

                                        EISENBERG LAW OFFICES, S.C.

                                        /s/ Mark A. Eisenberg

                                        Mark A. Eisenberg
                                        Illinois State Bar Number: 06184263
                                        Wisconsin State Bar Number:  01013078
                                        308 E. Washington Avenue
                                        P. O. Box 1069
                                        Madison, WI  53701-1069
                                        Telephone:  (608) 256-8356
                                        Fax:  (608) 256-2875
                                        E-mail: mark@eisenberglaw.org
                                        Attorneys for Defendant David G. Ohlendorf

MAE/lmd
cc:    AUSA K. Tate Chambers (Fax 309-671-7259)
       David G. Ohlendorf
       Sandy Schaufer